I PLEAD THE BLOOD OF JESUS!!

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELETHA HILL

_____
Write the full name of each plaintiff.

-against-

(NYCHA) New York City Housing Authority
Managed Jacob Riis Houses; Department of
Housing Perservation and Developemet (HPD)

_____
Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

## 25 CV 4588

(Include case number if one has been
assigned)

## COMPLAINT

Do you want a jury trial?
☐ Yes    ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

I PLEAD THE BLOOD OF JESUSSII

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒  **Federal Question**

☐  **Diversity of Citizenship**

## A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
Right to live in a safe healthy home, and Right to use water that clean and safe
Right to breathe clean air within apartment, humbly asking as a resident
who is disabled medically and under disability law;
accept my notice of claim for all questions;
SEE ATTACHED)

## B.  If you checked Diversity of Citizenship

### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Sheletha Hill_, is a citizen of the State of
(Plaintiff's name)

_New York State_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_N/A_ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

I PLEAD THE BLOOD OF JESUS!!!

If the defendant is an individual:

The defendant, _____, is a citizen of the State of

(Defendant's name)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

their authority

The defendant, NYCHA, HPD, employees of the, is incorporated under the laws of

the State of New York

and has its principal place of business in the State of New York

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in Manhattan, NY / NewYork, N.Y.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Sheletha                   M.                Hill
First Name          Middle Initial          Last Name

132 Avenue D    Apartment 4A
Street Address

New York County         New York        10009-5543
County, City                  State            Zip Code

(580)369-8878                  hill.sheletha@yahoo.com
Telephone Number              Email Address (if available)

Page 3

I PLEAD THE BLOOD OF JESUS!!

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    Larissa          Ilboudo - Kakou
                First Name         Last Name
                Manager of Jacob Riis Houses
                Current Job Title (or other identifying information)
                454 East 10th St.
                Current Work Address (or other address where defendant may be served)
                N.Y.              N.Y.            10009
                County, City         State          Zip Code

Defendant 2:    Paula            Davenport
                First Name         Last Name
                Neighborhood Administor
                Current Job Title (or other identifying information)
                1980 Lexington Ave.
                Current Work Address (or other address where defendant may be served)
                NY.               NY              10035
                County, City         State          Zip Code

Defendant 3:    Felipe           Sanchez
                First Name         Last Name
                Super Intendant of Jacob Riis Houses
                Current Job Title (or other identifying information)
                454 East 10th St.
                Current Work Address (or other address where defendant may be served)
                NY.               NY.             10009
                County, City         State          Zip Code

Page 4

I PLEAD THE BLOOD OF JESUS!!!

Defendant 4: Daniel Green

First Name        Last Name

EVP of Property Management Operations/Programs

Current Job Title (or other identifying information)

250 Broadway

Current Work Address (or other address where defendant may be served)

NY                    NY            10007
County, City          State         Zip Code

✳SEE ATTACHED

III. STATEMENT OF CLAIM

Place(s) of occurrence:        SEE ATTACHED

Date(s) of occurrence:         SEE ATTACHED

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

SEE ATTACHED

Page 5

Defendant 5.
Brian Honan
Executive Vice President of Intergovernmental Affairs
Office of Intergovernmental Affairs
90 Church St., N.Y. N.Y. 10007

Defendant 6.
Daisy Lopez
Assistant Director
Applications & Tenancy Administration
90 Church St. N.Y. NY. 10007

Defendant 7.
Inspector J. Shelton, Badge #: 3903
Manhattan Code Enforcement (HPD)
94 old Broadway, TFL
NY., NY 10027

Defendant 8,
Trina Meikle
Law Department Housing Litigation
Senior Counsel and Borough Supervisor
90 Church Street, NY, NY 10007

Defendant 9,
Jacob Riis Houses / Skilled Trades Carpenters, Glaciers, Maintenance
454 East 10th St          Close Out Ticket Work
NY., NY. 10009            Orders

Defendant 10.
CEO Lisa Bova Hiatt
CEO of NYCHA
90 Church St NY-NY. 10007

I PLEAD THE BLOOD OF JESUS!!!

SEE ATTACHED

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

SEE ATTACHED

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

SEE ATTACHED

Page 6

I PLEAD THE BLOOD OF JESUS!!!

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 5/27/2025 | | Pastor Chaplain Sheletha Hill |
| Dated | | Plaintiff's Signature |

| Sheletha | M. | Hill |
| First Name | Middle Initial | Last Name |

| 132 Avenue D    Apartment 4A (4A) | | |
| Street Address | | |

| N.Y. | N.Y | 10009-5543 (5543) |
| County, City | State | Zip Code |

| (580) 369-8878 | hill.sheletha@yahoo.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

I PLEAD THE BLOOD OF JESUS!!!

New York City Housing Authority - Attention: Esteemed Honorable CEO Chair Mrs. Lisa Bova-Haitt
NYCHA Law Department                    &         Jacob Riis House
90 Church Street, 11TH Floor                      454 East 10th Street
New York, NY 10007                               New York, NY 10009

DATE: May 4, 2025

RE: Notice of Claim against New York City Housing Authority; referred as NYCHA/Authority, filing for Monetary
Compensation for Negligence & Insufficiency in Providing an Adequate Safe Habitable Healthy Home & Reasonable
Accommodations / Modifications / Repairs for 132 Avenue D, Apartment 4A, NY, NY 10009

Dearest My Beloved Esteemed Honorable CEO Mrs. Bova-Hiatt:

**GOD BLESS YOU!!! Pray all is indeed well!!!** I; Pastor Chaplain Sheletha Hill, the Petitioner / Leaseholder, for over
24+ years, residing at 132 Avenue D, Apt. 4A, in the Manhattan district, in Jacob Riis Houses development, owned and
operated by NYCHA, I'm submitting this letter attached with a PDF of Exhibits Log 1-174 & PDF of Amended Updated
Time Log Exhibits 175-589+, regarding the above RE: Notice of Claim against New York City Housing Authority;
referred as NYCHA/Authority, filing for Monetary Compensation...based on the following grounds:

1.  NYCHA: Attorney; Trina E. Meikle and Jacob Riis Manager; Larissa Ilboudo-Kakou, both; committed perjury
    under the penalties of perjury with their signed Affidavits: 6/6,7/2024 Respondent's Reply [NYSCEF Doc. 6]
    and 6/10/2024 Client Affirmations [NYSCEF Doc. 7], used in support of NYCHA's Notice of Motion to dismiss
    [NYSCEF Doc. 6 - 9], Index#: LT-000717-24/NY claim filed 4/22/2024 to have Court directing NYCHA to correct
    violations within my premises [NYSCEF Doc. 2]

2.  NYCHA: Attorney; Trina E. Meikle and Neighborhood Administrator; Paula Davenport, committed perjury
    under the penalties of perjury with their signed Affidavits: 1/9/2025 Attorney and Client Affirmation [NYSCEF
    Docs. 21, 22], in answering Order to Show Cause to Punish for Contempt filed 12/16/2024 [NYSCEF Doc. 20], in
    NYCHA failures to comply with provisions and mandates of the Order Stipulations dated: 8/26/2024 that
    commenced with an Ordered timeframe run from 8/30/2024 with Court Civil Court of the City of New York,
    County of New York, Part E - HP, Index Number: LT-000717-24/NY, in Court Room 844 by Esteemed
    Honorable Judge Tracy E. Ferdinand [NYSCEF Doc. 19]

3.  Irrefutable Evidence: Including Exhibits 1 through 174, Amended updated Time Log Exhibits 175-589+
    (Exhibits), consisting of text messages, voice message transcripts, emails, letters, notices, reports, images, videos,
    voice memo recordings, phone calls, maintenance tickets, and Planning Unit appointments (all can be provided
    upon request). This evidence addresses concerns related to water/air testing, Ticket Work Order#; TWO# for
    maintenance repairs, and health conditions caused by environmental pollutants/contaminants/black mold,
    *Facade* of building, and water leaks, water traps, water intrusions, and water damage compromising the
    infrastructure of the walls within my apartment unit (Exhibits), discrediting the signed Affidavits mentioned
    above as bullet points 1 & 2. Furthermore, establishing Manager of RIIS was fully aware / in acknowledgement
    of all deep concerns previously on 4/1/2024 (Exhibits), prior before the filing of the HPD Action on 4/22/2024

4.  Health and Safety Violations: the evidence shows ongoing hazardous conditions in my apartment (Exhibit
    Letter), including exposure to Arsenic, Asbestos, *Black Mold § 27-2017.3 American Legal publishing Chapter 2:*
    *Housing Maintenance Code Article 4:* [Refer to NYCHA's mold remediation policy GM-3735] black mold indeed
    was evidentially established on 6/29/24, upon discovery, emailed video immediately to NYCHA (Exhibit), 7/2/24
    positive high lead readings for lead, but Riis Manager & Neighborhood Administrator stated, "No more lead,
    safe to return back to premises (Exhibits), uncompleted repairs, reoccurrence of deficiencies caused by facade of
    building, water damages, water-intrusion, moisture-trap by water leaks (Exhibits ), and black mold recently
    noted in NYCHA Review Notice, during *12/04/2024 at 17:52:05 Mold Inspection for Ticket Work Order#:*
    *131423313* performed by Maintenance Superintendent Mr. Felipe Sanchez, found mold, water damage, and/or a
    moisture level indicating excessive moisture and/or a possible leak (Exhibits), which my medical doctors have
    articulated with emphasis, in numerous submitted letters, mold is an allergen trigger & is significantly
    impacting my quality of life and my health, exacerbating my asthma (Exhibits: several supportive medical
    letters submitted to NYCHA) Chronic Elevator outages; most recent 4/30/25 at 8:39pm, hinders health,
    treatment plans & appointments for healing (Exhibits)

Specific Events / Incidents and Evidence:

I PLEAD THE BLOOD OF JESUS!!!

- **Broken tile** (entrance tripping up walker - completed 5/23/24 @ 9:36am (Exhibits), *Tiles within entire apartment noted 4/1/24 shifting, separating, lifting & discoloration (NOT Completed)* & although agreed vendor quality of work was poor, refuses to recall vendor back who NYCHA paid for service rendered, to return to assess their work, even directed on 3/6/2025 by Ms. Erenisse Tavarez (Exhibits ), Excessive adhesive glue exposure noted in videos - completed 7/1/24 @ 8am, BUT *still have some areas visible with adhesive glue* (Exhibits)

  o  *Plaster & paint* repairs noted on return date, 4/1/2024, (Exhibits) & tickets created 4/2/24 (Exhibits), inspected & verified numerous times (Exhibits), Work Order Tickets closed out, failure in compliance to correct repairs/work poorly done during relocation of Asbestos Abatement 3/18/24-4/1/24, NYCHA Neighborhood Administrator Ms. Paula Davenport Inspecting premises 6/27/24 at 12:15pm; see email stating, "directions of work to be done" & stating, "IS NO MOLD, OR ACTIVE LEAKS", (Exhibits). Ms. Davenport, sent Mr. Nesto; the vendor, to fill holes, scrap, sand/smooth by re-plaster & paint on 6/29/24; videoed plastering and painting over BLACK MOLD (*still not in compliance in numerous areas*), (Exhibits), still require Mold Remedial and plaster painting/reoccurrence deficiencies caused by *NYCHA failure in properly resolving facade of building and water leaks*; used same vendor: plastered/ painted over black mold yet again (Exhibits), and already in contempt of court order in correcting 6/14/2024 HPD Violations. NYCHA on 1/17/2025 sent plasters to start violations, but still not in compliance (Exhibits)

  o  Large Holes around pipes/risers, gaps in vinyl baseboards and holes throughout entire floor walling of apartment behind vinyl baseboards (Rec./Video 4/1/24) was supposed to be completed on 6/29/24 (per 6/27/24 direction), *Pipes still need work & gaps & holes visible,* (Exhibits) Escutcheon plate for Kitchen top Riser corrected replaced New during 9/16/24-10/19/24 by Lead Abatement, already in contempt of court order in correcting 6/14/2024 HPD Violations, on 1/17/2025 NYCHA had maintenance worker ONLY cork but NOT replace, 5/3/25 still not in compliance with 6/14/24 HPD order to correct (Exhibits)

  o  Burnt closet frames recorrected during Lead Abatement 9/16/24-10/19/24, but closet frame mounting is not done in accordance to HPD code standards, Closets still unleveled in balance & partially installed missing door stop/hanging hooks; 7 total (Rec./Video 4/1/24) (Exhibits)

  o  *Incomplete and inaccurate repair records* by NYCHA, as directed four different times in Decision/Order of Judge: 5/20/24 [NYSCEF Doc. 4], 6/17/24 [NYSCEF Doc. 10], 8/26/24 [NYSCEF Doc. 19] and 1/10/2025 [NYSCEF Doc. 31], to Inspect, Correct and Repair, *NYCHA closing out Ticket Work Orders, failure in completing* (Exhibits)

  o  Photographs and videos documenting the physical damage & conditions (Exhibits: before & upon return date 4/1/24, and various days of each month thereafter, to present date and time).

  o  Scheduled Appointments for Work Repairs / Violations: 4/21/25=Carpenters, no work done (Exhibits), 4/23/25=Glaciers, no work done (Exhibits), 4/24/25=Painters, called his Supervisor water issues need to be addressed in walls(Exhibits), 5/2/25=Brick Layers, Sequenced ticket for Vendor/Facade (Exhibits), 5/2/25=Plumbers, couldn't do work cause management gave 5A incorrect room (Exhibits New Manager; Mr Joffre Ulloa gave 5/9/25=Plumbers given as NEW date) Please see Log of various access dates for scope to inspect by NYCHA, most recent 5/2/25 with Newest Manager; Joffre Ulloa and Mr. Felipe Sanchez (Exhibits), 3/6/25 with Ms. Erenisse Tavarez, Felipe Sanchez and other Supervisors (Exhibits), 2/27/25 Brian Honan, Erenisse Tavarez, Paula Davenport stating all repairs were done, John Blasco, Joanna Sanchez, meeting scheduled after court, was through of premises, and scheduled 3/4/25 for repairs to commence (Exhibits ), 1/17/25 Paula Davenport stating all repairs were done, **Mrs. Larissa Ilboudo-Kokou, Mr. Jersey Paint /Plaster Supervisor, Mr. Felipe Sanchez, during this access, all witnessed many of violations were NOT completed, deeming NYCHA was in contempt of court order** (Exhibits ), etc.

- *Hazardous Exposures:*

  o  *Asbestos Exposure:* **Improper barrier /** *NYCHA failure in concealing contaminated disturbed tiles from* **2/29/24 until 3/14/24** (Exhibits), **four days before abatement relocation: 3/18/24 - 4/01/24 (return date).** *NYCHA failure to Abate in timely manner,* **after testing / notifying: 6/20/23-Riis - EDP#210 /received 6/28/23 at 2pm** (Exhibits)

I PLEAD THE BLOOD OF JESUS!!!

2.   **Completion of Repairs: Immediate and thorough repairs of all listed HPD Violations, created work order maintenance tickets listing issues 4/1/2024, which are HPD Violations: 6/14/24** [Index Number: LT-000717-24/NY] **and 3/1/25** [Index Number: LT-000283-25/NY] **with Reoccurrence Deficiencies** (Exhibits)

3.   **Health and Safety Measures: Adequate testing and Remediation of building facade, water intrusions & traps, water leaks & excessive moisture conditions, mold, and mold spurs to effectively be eliminated out of my apartment & air quality.**

4.   **Accountability and Transparency: NYCHA is held accountable for false statements/affirmations and negligence in their duties as** *NYCHA failed to provide reasonable modifications* **for 132 Avenue D Apartment 4A, NY, NY 10009 to be a healthy safe home to live, whereas NYCHA furthermore offered Strauss Houses as one of the choices for adequate reasonable medical transfer accommodation: APPROVED 10/21/2019** (Exhibits), **but** *NYCHA failed to apprise* **Strauss Houses was NOT in fact a feasible offer, as Strauss wasn't accepting NEW residents applicants / OR resident transfers due to conversion to PACT**

5.   **Re-Training for compliance in Facade, Water, Mold, Environmental, Hazardous Chemical, Fumes, Toxins, Air: Testing & Remediations, Abatements and Communications**

6.   **Monetary Compensation for NYCHA negligence where I'm asking to be financially compensated for all pain & suffering endured & still enduring to present date and time with serious health conditions & any future health conditions that shall arise from short & longterm exposures, and the aggravated retaliation intimidation of falsifying/forgery of documentations for termination of lease threat tactics causing emotionally mental destress**

**In closing, I'm respectfully asking for Your intervention address these severe issues in a mediation meeting, whereas we shall settle this matter and grant the relief mentioned above, and for any other and further relief deemed just and proper. Your attention and action on these matters are critical for ensuring safe, habitable living conditions and ensuring a healthy long life!**

Respectfully with the LOVE OF GOD:

*Pastor Chaplain Shieldka Free*

Sworn to before me this 5 day of May, 2025

[Notary Public Signature]

GANESH JUNIOR RAM
Notary Public - State of New York
No. 01RA6418262
Qualified in Queens County
My Commission Expires 06/07/2025

I PLEAD THE BLOOD OF JESUS!!!

Shinia W. Carter
2959 Watercrest Dr NW
Concord, NC 28027
704-792-8406
cshinia1@gmail.com

May 01, 2025

**Subject: Environmental Health Concerns in NYCHA Rental Unit**

To Whom It May Concern:

I am writing to formally express my ongoing concerns regarding significant environmental health hazards that have persisted in Pastor Sheletha Hill's NYCHA rental unit over the course of several years. These hazards include but are not limited to mold growth, potential asbestos exposure, and chronic water intrusion issues. Despite previous attempts to address these matters through proper channels, the situation remained/s unresolved for several years and has had a profound impact on both her physical health and mental well-being.

Since residing in this unit, Pastor Hill has experienced repeated and prolonged exposure to mold and damp conditions, which have contributed to symptoms such as red inflamed burning eyes / skin, excessive cough / throat clearing, nasal congestion, head / body aches, fatigue, wheezing and multiple trips to the hospital for exacerbation of her asthma. These issues have significantly worsened her pre-existing medical condition, stemming from a work related injury sustained ten years ago. It is difficult to properly heal when exposure to mold is present. The persistent environmental stressors have also caused a notable decline in her mental health, manifesting as sluggishness, feelings of sadness, and general emotional distress.

This letter reflects my personal account of years of observation and reflection. Throughout this time, I have had numerous conversations with a dear friend, discussing not only the ongoing physical conditions in the apartment but also the impact these circumstances may have had on her mental wellness. Concerns about the drinking water and its potential role in her overall health have frequently been an issue. These discussions have reinforced my awareness of how long these issues have gone unaddressed, and how deeply they have affected her daily life and emotional stability.

It was deeply concerning that, despite repeated efforts to bring attention to these conditions, meaningful remediation did begin throughout 2024. The extended delay in addressing these serious health and safety violations has made daily living increasingly difficult and has eroded her trust in the system that is meant to provide safe, habitable housing.

In addition, to the environmental challenges, Sheletha endured multiple court appearances and had ongoing, often disheartening, conversations with various levels of NYCHA leadership. All while experiencing repeated setbacks with key rental management personnel, making it difficult to receive clear updates or effective solutions. At times, she felt overwhelmed and even barraged by the bureaucracy and lack of coordinated support. This experience has been mentally and emotionally exhausting not only due to the housing conditions but also because of the stress brought on by trying to advocate for a safe and healthy living environment.

I PLEAD THE BLOOD OF JESUS!!!

Throughout it all, she has leaned heavily on her faith in God. In moments of despair, she found strength through prayer, scripture, and daily affirmations. This spiritual grounding has been essential in helping persevere through years of physical discomfort, emotional distress, and institutional neglect.

I urge NYCHA to continue to support their tenants through yearly/timely inspections of their units to identify and properly remediate mold, assess any potential asbestos presence, and resolve ongoing water leakage or moisture issues. Open and supportive communication is always welcomed as she continues to deal with the health ramifications caused by these environmental hazards.

The conditions in Pastor Hill's home were/are not just unacceptable they were/are dangerous. I hope this letter serves as a renewed call for immediate, compassionate, and effective action.

Sincerely,

Dr. Shinia W. Carter

MAY 6 2025 PM1:03

I PLEAD THE BLOOD OF JESUS!!

# The Institute for Family Health at 17th Street

230 West 17th Street New York, NY 10011
Phone: 212-206-5200          Fax: 212-206-5279



www.institute.org

THE INSTITUTE
FOR
FAMILY HEALTH

4/29/2025

To Whom It May Concern:

My name is Dr. Seshat Mack, and I am the PCP for Sheletha Hill at the Institute for Family Health, where Ms. Hill has been a patient since 2004. Although she has many medical conditions, the most pressing are sequelae from a worker's comp injury in 2015 that has resulted in lumbar radiculopathy, vertebral fractures, cervical instability, cervical spinal stenosis, and ultimately, longstanding chronic pain.

Because of these conditions, she has limited mobility, and requires assistance and mobility aids in the bathroom. Please urgently have a grab bar placed in the bathtub on the left-hand side to decrease the risk of Ms Hill falling in the bathroom.

If you have any further questions, please call our office at the number below.

Sincerely,

*Seshat T. Mack, MD, PhD*

**Seshat Mack, MD, PhD**
Institute for Family Health
230 W 17th Street, New York, NY 10011
Phone: 212.206.5200
Fax: 212.206.5279

The Institute for Family Health
230 West 17th ST, New York, NY 10011
Tel: (212)-206-5200
Fax: (212)-206-5279

Sheletha Hill    DOB: 4/15/1971

Page 1 of 1

I PLEAD THE BLOOD OF JESUS!!

# The Institute for Family Health at 17th Street
230 West 17th Street New York, NY 10011
Phone: 212-206-5200          Fax: 212-206-5279



THE INSTITUTE
FOR
FAMILY HEALTH

www.institute.org

To Whom It May Concern,

My name is Dr. Seshat Mack, and I am the PCP for Sheletha Hill at the Institute for Family Health, where Ms. Hill has been a patient since 2004. Although she has many medical conditions, the most pressing are sequelae from a worker 's comp injury in 2015 that has resulted in lumbar radiculopathy, vertebral fractures, cervical instability, cervical spinal stenosis, and ultimately, longstanding chronic pain. Because of these conditions, she has limited mobility, and spends a lot of time in her home. She also suffers from longstanding asthma requiring treatment with multiple medications.

Ms Hill was seen today April 29, 2025 for worsening cough and nasal symptoms that have been worsening due tot he conditions in her apartment.   It is my understanding that Ms. Hill has been approved for a transfer to new housing.  Please do all you can to expedite this transfer process, so that Ms. Hill can access housing that will not exacerbate her medical conditions.

Thank you for understanding and consideration. Please reach out to me at the below number with any questions or concerns.

Sincerely,

*Seshat T. Mack, MD, PhD*

**Seshat Mack, MD, PhD**
Institute for Family Health
230 W 17th Street, New York, NY 10011
Phone: 212.206.5200
Fax: 212.206.5279

The Institute for Family Health
230 West 17th ST, New York, NY 10011
Tel: (212)-206-5200
Fax: (212)-206-5279

Sheletha Hill    DOB: 4/15/1971

Page 1 of

I PLEAD THE BLOOD OF JESUS!!!

# Congress of the United States
## Washington, DC 20515

April 14, 2025

Dear Ms. Hill:

This letter is to confirm that the office of Representative Dan Goldman has been assisting you with issues in your apartment at Jacob Riis Houses, 132 Avenue D #4A. On February 27th, 2025, the office joined you and staff from New York State Assemblymember Harvey Epstein's office for a meeting with NYCHA officials to discuss your rental arrears, your section 8 voucher status and outstanding repairs in your apartment. As of today, your rental arrears have been cleared, however NYCHA still has not provided next steps on your section 8 voucher – although it was communicated to our office that the process could proceed once your arrears were cleared. We will continue to follow up on that.

We are also aware that there continues to be a number of outstanding repairs in your unit as per the photos, videos and communication you have shared with us. The Representative's office is committed to working with you until the remaining repairs are completed or until you are able to move into a unit that does not impact your health.

As always please continue to reach out to our office with any questions you may have or assistance you may need. I can be reached directly at 718-312-7575.

Sincerely,

*John Blasco*

John Blasco
Deputy Chief of Staff
Representative Dan Goldman

I PLEAD THE BLOOD of JESUS!!!



THE ASSEMBLY STATE OF

NEW YORK

ALBANY

HARVEY EPSTEIN
Assemblymember 74ᵗʰ District

Pastor Sheletha Hill
132 Avenue D, Apt 4A
New York, NY 10009

April 11, 2025

Dear Pastor Hill,

I am writing to confirm that I was present via speakerphone on **Thursday, February 13, 2025**, during the HPD visit to assess the pending repairs in your home. I was on the call specifically for the purpose of supporting the inspection process.

During this time, I also spoke directly with Inspector Dickson regarding the partial inspection that was conducted and the status of the outstanding repair issues.

Sincerely,

Joanna Sanchez
Director of Constituent / Support Services
Office of State Assembly Member Harvey Epstein
State Assembly District 74

ALBANY OFFICE: Room 419, Legislative Office Building, Albany, New York 12248  518-455-5506, FAX: 518-455-4801
DISTRICT OFFICE: 107 Avenue B, New York, New York 10009  212-979-9696, FAX: 212-979-0594
EMAIL: epsteinh@nyassembly.gov

I PLEAD THE BLOOD OF JESUS!!



**HARVEY EPSTEIN**
Assemblymember 74ᵗʰ District

# THE ASSEMBLY
# STATE OF NEW YORK
# ALBANY

Brian Honan
250 Broadway
New York, NY 10007

VIA EMAIL

April 10, 2025

Dear Mr. Honan,

I am writing to inform you about my recent visit to Ms. Sheletha Hill's apartment (132 Ave D APT 4A, New York, NY 10009). I witnessed apparently poor quality tap water and also took note of ongoing hazardous conditions throughout the unit, including leaks and what appeared to be mold. NYCHA must remediate these conditions immediately. Thank you for your attention to these matters.

Sincerely,

Harvey Epstein

ALBANY OFFICE: Room 419, Legislative Office Building, Albany, New York 12248 ☐ 518-455-5506, FAX: 518-455-4801
DISTRICT OFFICE: 107 Avenue B, New York, New York 10009 ☐ 212-979-9696, FAX: 212-979-0594
EMAIL: epsteinh@nyassembly.gov

I pLean THE BLOOD of oTSUSYI



**Northwell** Health™

**Physician Partners**

**Occupational and Environmental Medicine of Long Island**

225 Community Drive, Suite 150
Great Neck, NY 11021
Phone: (516) 492-3297  Fax: (516) 492-3299

2950 Expressway Drive South, Suite 108
Islandia, NY 11749
Phone: (631) 439-5300  Fax: (631) 439-5301

**Jaime Szeinuk, MD**
**Assistant Professor**
**Attending Physician**

April 4, 2025

To: United States Southern District Federal Court House

Ms. Sheletha Hill is my patient at Occupational and Environmental Medicine of Long Island. I most recently examined my patient on March 21, 2025.

Ms. Hill experiences allergic reactions involving her upper and lower respiratory systems, her eyes and her skin. These are caused by exposures to allergens, including mold, and other triggers at her apartment.

Because of Ms. Hill's medical conditions that she develops when she is exposed at her apartment, I have medically recommended that Ms. Hill and her family be **URGENLTY** transferred to a different dwelling where such exposures can be avoided. Avoidance of exposure is the cornerstone of her medical treatment and the best/only medical treatment for her conditions. My patient is reacting to exposures at the apartment, including but most probably not limited to indoor mold. As per my experience as a clinician, environmental studies cannot fully reflect and/or capture all the agents to which a person is exposed to in the environment. In addition, they cannot capture the combined effect that some of those exposures may be causing to a specific patient. Based on my patient's clinical history, it is medically clear to me that she is reacting to exposures at her current apartment and that those reactions are resulting in medical consequences that are jeopardizing my patient's health and wellbeing. My patient will not get better if she continues to be exposed to triggers, even with medical treatment and medications. Her condition cannot be fully controlled with medications. Her health is in jeopardy if she continues living in this apartment.

Ms. Hill should not be present at the apartment when remediation/construction work is been done at her place as this will most probably result in further worsening of her conditions.

My patient has significant health and social constraints that should be considered when contemplating alternative places to transfer her. She needs to be close to her treating doctors for her several medical conditions. She has economic constrains given her condition of a disabled person.

Your attention to this request is appreciated.

Respectfully,

Jaime Szeinuk, MD
Attending Physician

# The Institute for Family Health at 17th Street
230 West 17th Street New York, NY 10011
Phone: 212-206-5200          Fax: 212-206-5279

www.institute.org



THE INSTITUTE
FOR
FAMILY HEALTH

3/28/2025

ATTN: US Southern District Federal Courthouse

My name is Dr. Seshat Mack, and I am the PCP for Sheletha Hill at the Institute for Family Health, where Ms. Hill has been a patient since 2004. Although she has many medical conditions, the most pressing are sequelae from a worker's comp injury in 2015 that has resulted in lumbar radiculopathy, vertebral fractures, cervical instability, cervical spinal stenosis, and ultimately, longstanding chronic pain. Because of these conditions, she has limited mobility, and spends a lot of time in her home. She also suffers from longstanding asthma requiring treatment with multiple medications.

Ms. Hill's current NYCHA apartment, where she spends the majority of her time, is exacerbating her medical conditions. The presence of black mold in her apartment is worsening her asthma. The water in her kitchen and bathroom has multiple visible impurities and is not recommended for drinking, cooking, or bathing.

On September 16, 2024, Ms Hill was placed in alternative housing while her current apartment was being evaluated for environmental triggers.  Since that time, Ms Hill's breathing has improved, and her abnormal physical exam findings have completely resolved.  The resolution of her symptoms upon living in an alternative residence strongly suggest that there are environmental triggers in her apartment that are exacerbating her respiratory symptoms.

I have sent several letters recommending that Ms Hill be relocated to an alternative apartment within NYCHA that will not exacerbate her asthma with environmental triggers. However, it has recently come to my attention that Ms Hill's Section 8 Housing has been revoked without cause. This will be incredibly detrimental to her health and well-being.

Please allow Ms Hills' Section 8 Housing to be reinstated, and please approve her transfer to an alternative apartment that will not exacerbate her medical conditions.

Thank you for understanding and consideration. Please reach out to me at the below number with any questions or concerns.

Sincerely,

Dr. Seshat Mack, MD, PhD
Dr. Seshat Mack, MD, PhD
The Institute for Family Health at 17th Street
230 West 17th St
New York NY 10011
Phone: 212-206-5200

The Institute for Family Health
230 West 17th Street
New York, NY 10011
Tel#212-206-5200 Fax#212-206-5279

Sheletha Hill    DOB: 4/15/1971

Page 1 of 1



I PLEAD THE BLOOD OF JESUS!!!

Sage Altamirano <sage@goles.org>

---

## Fw: HPD 3/1/25 - A Violation (7), Repair Defective Cabinets in the Kitchen & A-Violation (6) Refit door; Defective ALL Closet Doors: Carpenters Visit 4/21/25 but NO Work Performed: ONLY took pictures - I waited for Supervisor as stated to come / call b

1 message

**Sheletha Hill** <hill.sheletha@yahoo.com>                                      Mon, May 12, 2025 at 11:49 AM
To: Niecy Sage Altamirano <sage@goles.org>

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Friday, May 9, 2025, 7:03 AM, Sheletha Hill <hill.sheletha@yahoo.com> wrote:

Sent from Yahoo Mail for iPhone

On Friday, May 9, 2025, 6:44 AM, Sheletha Hill <hill.sheletha@yahoo.com> wrote:

Dearest My Beloved Esteemed Honorable CEO Lisa Bova-Hiatt😇 .!:

GOD BLESS YOU💗💗💗 Pray all is indeed well💗💗💗 Humble apologies for such an early email, but it is indeed of most URGENCY, for this email, as this entire case file have been handled poorly putting NOT just my family lives but extended families lives at GREAT RISK!!!!!!

In this thread You'll read how concerned is raised regarding specific Skilled Trades closing out tickets that were also deemed HPD Violations, and Civil Housing Court decision / order to correct, whereas being in compliance with every entry access for ample inspections, scopes, and walk through Is with many of Your appointed supervisors, and District Leaders still RIIS Development failed to complete repairs / violations, but most importantly putting my health at immediate DANGER ⚠ ⛔ 🔋

Everyday, I struggle to breath, like on Wednesday, 5/7/25, due to exacerbated asthma requiring urgent emergency medical attention, with more medications and directions (7 days of steroids and directed to get air purifiers because I have to live in my home that is full triggers and although contacting everyone in GOOD FAITH, all I have received is closing out of tickets and asking me to give time so another inspection by NYCHA can be done!!!!

In this email I raised concern of Carpenters, Glaciers and constant closing of tickets and instead of work being done on Management scheduled dates and times, they ONLY. UNFOUND TICKETS!!! NOT knowing where how I was going to purchase the air purifier ABBA GOD, touched Pastor Keels, and others I received 1st AIR PURIFIER yesterday, 5/8/25, I also received an follow-up check up call from one of my District Leaders and I asked for a FaceTime video to show ABBA GOD BLESSING, and as I was closing the 3rd bedroom window the window came out of its frames, apart flew out window, the bottom part I had to catch trying to prevent it from falling on my feet, and the top part had NOTHING TO HOLD IT UP, I WAS DEEPLY CONCERNED OF IT FALLING OUT AND FALLING ON ONE OF OUR EXTENDED FAMILY MEMBERS (RESIDENT OR WORKER)!!!!!!!!

Contacted Mr. Felipe Sanchez at 6:57pm on merged called with Esteemed Ms. Sanchez, but "It's after 4, there is nobody there as an maintenance worker, call Emergency Services", I conveyed I don't have any number for emergencies services he provided the number (I asked couldn't he call but again it's after hours), and before getting off stated what he can do is send someone in the morning because the workers I was seeing were overtime skilled trade!!!!!!!

As Esteemed Ms. Sanchez was still con call with me, I contacted Emergency Service number spoke with Dispatcher #5203 who gave TWO: 136929801 and sent a unit over immediately who arrived promptly and stabilized the area, and stated Glacier shall come in the morning (see attached)!!!



I PLEAD THE BLOOD OF JESUS!!!

Today plumbers are scheduled to repair by replacing Risers Pipes in Livingroom and Middle Bedroom!!! Esteemed Honorable CEO Mrs. Bova-Hyatt, Your presence Ma'dam is GREATLY NEEDED, even after having 2 of Your leaders visit and finding the same repairs that Developement stated were done and don't exist, and directing for them to get done on 3/4/25 & 3/5/25 (after walk through), Esteemed Mrs. Tavarez came 3/6/25 just to find out many of the work still was NOT done and asked Mr. Felipe Sanchez, "Felipe, what happen, why isn't this done?"

I know that You're a very busy CEO working hard to bring radicle change, and I am also grateful during the Bias VS NYCHA, You; Madam were the representative for NYCHA, and decree signed in 2019 deemed any resident with asthma facade of building, excessive water moisture and mold conditions and have in a timely matter reported to development it shall be addressed promptly, this have NOT been the case, which is Why I strongly feel You; Esteemed Honorable CEO Bova-Hiatt need to oversee this deep concern personally with District Leaders and myself preventing any more closing of tickets without proper remedial and abatements done!!!

Until, do know I am always WARRING IN HOLY GHOST FIRE 🔥 WITHOUT CEASING FOR YOU; OUR EXTENDED FAMILIES AND ENTIRE NATIONS IN JESUS NAME AMEN 🙏 💐💐💐

Respectfully with the LOVE OF GOD,
Your Extended Family;
Pastor Chaplain Sheletha Hill
🖼️Inline image

🖼️Inline image

🖼️Inline image

🖼️Inline image

🖼️Inline image

🖼️Inline image

🖼️Inline image


Sent from Yahoo Mail for iPhone


On Wednesday, May 7, 2025, 1:21 PM, Blasco, John <John.Blasco@mail.house.gov> wrote:

Hello Mr. Ulloa,


We haven't met yet however I am Deputy Chief of Staff for Congressman Dan Goldman. I have been working with Ms. Hill on the issues in the apartment for quite a while now. Can you please provide us with an update to the concerns Ms. Hill flagged.




**John M. Blasco (he/him)**

*Deputy Chief of Staff*

Congressman Dan Goldman (NY-10)

Manhattan: 212-822-7878 | Brooklyn: 718-312-7575 | C: 202-913-1033

https://goldman.house.gov


**From:** Sheletha Hill <hill.sheletha@yahoo.com>
**Sent:** Tuesday, May 6, 2025 10:50 AM
**To:** joffre.ulloa@nycha.nyc.gov; Esteemed Ms. Joanna Sanchez

I PLEAD THE BLOOD OF JESUS!!

<sanchezj@nyassembly.gov>
**Cc:** Blasco, John <John.Blasco@mail.house.gov>; My Beloved Esteemed Bishop Michael Alston <bishopmichaelralstonsr@gmail.com>; Harvey Epstein <epsteinh@nyassembly.gov>; Assemblymember Harvey Epstein <epsteinh@assembly-mail.state.ny.us>; Ms Geovanna Cuilan <geovanna.cuilan@nycha.nyc.gov>; Crownmoldspecialists Info <info@crownmoldspecialists.com>
**Subject:** Re: HPD 3/1/25 - A Violation (7), Repair Defective Cabinets in the Kitchen & A-Violation (6) Refit door; Defective ALL Closet Doors: Carpenters Visit 4/21/25 but NO Work Performed: ONLY took pictures - I waited for Supervisor as stated to come / call b

Apologies some how images didn't attach:



I PLEAD THE BLOOD OF JESUS!!



I PLEAD THE BLOOD OF JESUS!!!



Yesterday 5/5/25 afternoon, I had access to MyNYCHA, I guess raising concerns about Repair / Violation Tickets being CLOSED OUT, caused NYCHA to deny me access this morning

Tuesday • May 6, 2025 • 8:25 AM                    Adjust

IMG_7941



I PLEAD THE BLOOD OF JESUS!!!



Due to Facade and Water moisture/ Water traps /
Water Intrusion it have been articulated Shower
Panel is separating from North wall, and You can
see reoccurrence deficiencies too

Tuesday • May 6, 2025 • 9:08 AM

I PLEAD THE BLOOD OF JESUS!!!

I PLEAD THE BLOOD OF JESUS!!!



Due to Facade and Water moisture/ Water traps / Water Intrusion it have been articulated Shower Panel is separating from North wall, and You can see reoccurrence deficiencies too

Tuesday • May 6, 2025 • 9:08 AM

I PLEAD THE BLOOD OF JESUS!!



Due to Facade and Water moisture/ Water traps / Water Intrusion it have been articulated Shower Panel is separating from North wall, and You can see reoccurrence deficiencies too!!!  technician came to install held Hand shower head, but stated Grab bars need to be done by NYCHA because in their assessment wall is compromised!

Tuesday • May 6, 2025 • 9:09 AM

I PLEAD THE BLOOD OF JESUS!!

I PLEAD THE BLOOD OF JESUS!!!



Due to Facade and Water moisture/ Water traps / Water Intrusion it have been articulated Shower Panel is separating from North wall, and You can see reoccurrence deficiencies too!!!  technician came to install held Hand shower head, but stated Grab bars need to be done by NYCHA because in their assesment wall is compromised!

Tuesday · May 6, 2025 · 9:09 AM

I PLEAD THE BLOOD OF JESUS!!!



Due to Facade and Water moisture/ Water traps / Water Intrusion it have been articulated Shower Panel is separating from North wall, and You can see reoccurrence deficiencies too!!! technician came to install held Hand shower head, but stated Grab bars need to be done by NYCHA because in their assessment wall is compromised!

Tuesday • May 6, 2025 • 9:10 AM

Sent from Yahoo Mail for iPhone

On Tuesday, May 6, 2025, 10:43 AM, Sheletha Hill <hill.sheletha@yahoo.com> wrote:

Dearest My Beloved New Jacob Riis Manager Esteemed Honorable Mr. Joffre Ulloa😊 :

I PLEAD THE BLOOD OF JESUS!!

GOD BLESS YOU 🏆🏆🏆 Pray all is indeed well 🏆🏆🏆 Update: Yesterday, 5/5/25, I was finally able to access My NYCHA, in doing so that afternoon, I raise a frequently chronic question:  Why are all Tickets Closed Out, and Violations/ Work wasn't corrected / done on set appointment dates scheduled by Asst Manager (refer to email dated 3/31/25 at 4:41pm)!!!

As this is often the case, In Good Faith, I always contact development inquiring, with additional parties Cc: and Bcc, to give opportunity in trusting it shall be rectified!!!  Many of these CLOSED-OUT skilled trade are Violations in both HPD complaints: I called 311 on 4/23/25 at 9:36am - 10:41am, Rep. Mr. Phil; ID#:  M1140, created an Agency Complaint:  E-C-01386443 and again on 5/5/25 at 2:04pm - 2:18pm, Rep. Ms. Michelle; ID#:  M1076, created an Agency Complaint:  E-C-01392698, both sent directly to HPD in failure to correct violations, (see attached)!!!

OPEN Ticket Work Orders:

1.) Plumbers scheduled by You; Sir on 5/9/25 between 8-4pm to repair by replacing Riser Pipes in Livingroom:  134275602 & Middle Bedroom:  134274932

2.)Brick Layer came for Kitchen Ticket:  136293331 and Bedroom Ticket:  136293145 and both are now Sequenced ticket:  136625579 for Vendor to address Facade, and work on  building bricks outside my apartment. Please advise on following:

* Vendor and scheduled date to come do survey

* Collaborate on date for Job (so I'm home)

* Set up date for Scaffolding / all necessary materials to address Facade & Bricks

🎋🎋🎋Humbly ask for Crown Mold to be the NY State approved Licensed Independent Contractor, Vendor, used, as they are already knowledgeable in work needed, in their 3 submitted reports (Cc:d)

3.)Painters - 4/24/25 called supervisor, informing of unable to do work because water issues within walls have to be addressed first, and ticket shall be left open, until entire process is complete!!!  However, accessing MyNYCHA management closed out ticket!!!

CLOSED TICKETS:

A.) Carpenters 135662157, on 4/21/2025 at 8:25am, Carpenter stated, "We don't want to put in something NEW  and it get DAMAGED AGAIN, first we need to see if problem behind wall is ELIMINATED, maybe we should put a hold on that: mean while we could nail it, put a piece of trip got time being, Verify it, …. Understand it's ancillary in but if it happens again, we'd be going through it all

over again, WE KNOW THERE'S AN ISSUE HERE, but we meant to proceed NOT wasting Your time and it happening again and You going through inconvenience of us TEARING Things Out!!!"  🪨NO WORK DONE, ONLY took pictures, BUT PLEASE READ the Carpenters Comments when closing out ticket, deeply saddened🪨

I PLEAD THE BLOOD OF JESUS!!

B.) Glaciers 135662215, on 4/23/2025 at 8:11am, CLOSED OUT tickets, NO WORK DONE, said, "….They get paid $50.00 an hour whether they do work or NOT, they still beget paid for hours… "If Higher ups been in Your apartment, Why don't they give the money to fix all the problems?  My house windows are good, I don't have issues with my windows, because I take care of it myself….. "

⚠PLEASE READ the Glaciers comments about n closing Tickets⚠

Until, do know I am always WARRING IN HOLY GHOST FIRE WITHOUT CEASING FOR YOU; OUR EXTENDED FAMILIES AND ENTIRE NATIONS IN YESHUA HAMASHIACH NAME AMEN 🙏❣️❣️❣️

Respectfully with the LOVE OF GOD,

Pastor Chaplain Sheletha Hill



Sent from Yahoo Mail for iPhone

On Friday, May 2, 2025, 9:00 AM, Sheletha Hill <hill.sheletha@yahoo.com> wrote:

Dearest My Esteemed Honorable Beloveds😊 ::

GOD BLESS YOU❣️❣️❣️ Pray all is indeed well❣️❣️❣️
 Update:  Esteemed Honorable Mr. Elias came, although, Our Extended Family; Esteemed Honorable Mr. Edwin Rios 5A, gave access date for today Friday, 5/2/2025 8am - 4pm, for Plumber to come and change the Risers in Livingroom and Middle Bedroom, nothing can be done as 5A isn't ready, rooms aren't prepared!!!

What happened with the communication between management and 5A?

Please, advise if 5A shall be getting rooms prepared for today / OR shall there be a reschedule date, and I humbly advise on the next schedule date🙏

Since there shall not be any work done, just desired to state, I shall savage the days time by going to an appointment!!!

Until, do know I am always WARRING IN HOLY GHOST FIRE WITHOUT CEASING FOR YOU; OUR EXTENDED FAMILIES AND ENTIRE NATIONS IN YESHUA HAMASHIACH NAME AMEN 🙏❣️❣️❣️

I PLEAD THE BLOOD of JESUS!!

Respectfully with the LOVE OF GOD,

Pastor Chaplain Sheletha Hill



Sent from Yahoo Mail for iPhone

On Thursday, May 1, 2025, 2:31 PM, Sheletha Hill <hill.sheletha@yahoo.com> wrote:

Dearest My Esteemed Honorable Beloveds😍_:

GOD BLESS YOU❣❣❣ Pray all is indeed well❣❣❣ Following-Up on Our morning meeting conversation Tuesday, 4/29/2025, regarding You; Ma'dam stating, Our Extended Family; Esteemed Honorable Mr. Edwin Rios 5A, gave access date for Friday, 5/2/2025 8am - 4pm, for Plumber to come and change the Risers in Livingroom and Middle Bedroom.

I'm confirming again that I shall be home, I made mention of the importance to entire Medical Care Team & Case Managers of not scheduling appointment for Friday, 5/2/25 (See attached PDF File for 4/21/25 at 2:32pm of Plumbers coming but didn't have access to 5A so once again couldn't change Risers!!!

Until, do know I am always WARRING IN HOLY GHOST FIRE WITHOUT CEASING FOR YOU; OUR EXTENDED FAMILIES AND ENTIRE NATIONS IN YESHUA HAMASHIACH NAME AMEN 🙏❣❣❣

Respectfully with the LOVE OF GOD,

Pastor Chaplain Sheletha Hill

😍_🩸🩸♥🩸♥✏🏠🧎‍♀🛐❣❣❣

Sent from Yahoo Mail for iPhone

On Wednesday, April 23, 2025, 11:56 AM, Cuilan, Geovanna <Geovanna.Cuilan@nycha.nyc.gov> wrote:

Good morning, all,

Ms. Hill is here at my office stating that the glazers were at her apartment, John and Darrel and they didn't do any work.

I PLEAD THE BLOOD OF JESUS!!

And the carpenters on the schedule date, and also no work was done, they just took pictures.

As per Ms. Hill she called Mr. Sanchez and let him know what was going on.

Ms. Hill wants to know when are they coming to do the work.

Ms. Hills phone # is below.

Thank you,

Geovanna Guilan

Assistant Property Manager

Riis Houses

454 East 10th St, New York, NY 10009

Tel. +1 (212) 228-2400

Cel. +1 (646) 866-4619

Fax. +1 (212) 420-2246

New York City Housing      | nyc.gov/nycha
Authority

*The NYCHA Journal, now available anytime, anywhere. Join the conversation.*

---

This e-mail and any subsequent e-mails in this thread and any included attachments are for the exclusive and confidential use of the intended recipient(s). If you received this e-mail in error, please do not read, distribute, or take action in reliance upon this e-mail. Instead, please notify the signatory above immediately by return e-mail and promptly delete this e-mail and any attachments from your computer system. Neither the New York City Housing Authority nor the signatory above waive attorney-client or attorney work-product privilege by the transmission of this e-mail and any attachments.

Please think of the environment before you print
this e-mail

**From:** Sheletha Hill
<hill.sheletha@yahoo.com>
**Sent:** Tuesday, April 22, 2025 3:30
PM
**To:** Sanchez, Felipe Jr.
<Felipe.Sanchez2@nycha.nyc.gov
>; Cuilan, Geovanna
<Geovanna.Cuilan@nycha.nyc.gov
>
**Cc:** Esteemed John Blasco
<John.blasco@mail.house.gov>;
My Beloved Esteemed Bishop
Michael Alston
<bishopmichaelralstonsr@gmail.
com>
**Subject:** HPD 3/1/25 - A Violation
(7), Repair Defective Cabinets in
the Kitchen & A-Violation (6) Refit
door; Defective ALL Closet Doors:
Carpenters Visit 4/21/25 but NO
Work Performed: ONLY took
pictures - I waited for Supervisor as
stated to come / call by...

Caution: External Sender! Do not
click on links, open attachments, or
share your user ID and password
with unknown senders. Report
suspicious emails by using the
Report Suspicious Email button. If
the button is unavailable, forward
the email as an attachment to
phish@oti.nyc.gov.



Sent from my iPhone

*I PLEAD THE BLOOD OF JESUS!!!* (handwritten)

Mail body: Fw: Sheletha Hill Court Case Index #283/25

*Asst. Manager set up:* (handwritten)
*ALL ~~Appts~~ for WORK TO BE* (handwritten)
*DONE NOT to BE DISCUSSED* (handwritten)

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, March 31, 2025, 4:41 PM, Cuilan, Geovanna <Geovanna.Cuilan@nycha.nyc.gov> wrote:

Good afternoon, Ms. Hill,

Could you let me know if you are in agreement with the below schedule dates, I was trying to contact you again at your cell # 580-369-8878.

Ms. Hill, please confirm the below dates for the repairs.

Thank you,

*Carpenters' Came* (handwritten)
*NO WORK DONE* (handwritten)
*ONLY TOOK PICTURES* (handwritten)
*Supervisor Came* (handwritten)

*Carpenters Two #135662157    4/21/25* (handwritten)

All scheduled for 4/23/25. This will go passed 3:30.

*Glaciers Came but* (handwritten)
*NO WORK DONE!!!* (handwritten)

*※ However, Did speak HORRIBLY of Their NYCHA Employer/HPD & Judges* (handwritten)

135662215
135662372
135663133
135663450

*4/23/25 @ 9:36 am (10:41)* (handwritten)
*Filed a 311 Complaint with Representative Esteemed Honorable Mr. Phil ID#: M1140* (handwritten)
*/E-C-01386443* (handwritten)
*※ SENT straight to HPD b/c its Violations* (handwritten)

+1 (212) 228-2400
+1 (646) 866-4619
+1 (212) 420-2246
New York City Housing Authority | nyc.gov/nycha

*The NYCHA Journal, now available anytime, anywhere. Join the conversation.*

**From:** Sheletha Hill <hill.sheletha@yahoo.com>
**Sent:** Monday, March 31, 2025 2:45 PM
**To:** Cuilan, Geovanna <Geovanna.Cuilan@nycha.nyc.gov>; Davenport, Paula <Paula.Davenport@Nycha.Nyc.gov>
**Cc:** Bellrose, Laura <Laura.Bellrose@nycha.nyc.gov>; Meikle, Trina <Trina.Meikle@nycha.nyc.gov>; Cannavo, John <John.Cannavo@nycha.nyc.gov>; Ilboudo-Kakou, Larissa <Larissa.Ilboudo-Kakou@nycha.nyc.gov>; Sanchez, Felipe Jr. <Felipe.Sanchez2@nycha.nyc.gov>;Keaveney, Claire <Claire.Keaveney@nycha.nyc.gov>; Greene, Daniel <Daniel.Greene@nycha.nyc.gov>; Tavarez, Erenisse <Erenisse.Tavarez@nycha.nyc.gov>; Esteemed John Blasco <john.blasco@mail.house.gov>; Patrice Olan <polan.nysenate@gmail.com>; Harvey Epstein <epsteinh@nyassembly.gov>;Pastor Eizabeth Keels

*5/5/25 @ 1:27 pm* (handwritten)
*Filed a 311 Complaint with (13:15) Representative Esteemed Honorable Ms.* (handwritten)

<ekeels1953@aol.com>; My Beloved Esteemed Bishop Michael Alston
<bishopmichaelralstonsr@gmail.com>; Apostel Levar A. Williams <apostlelaw1@gmail.com>;
Crownmoldspecialists Info <info@crownmoldspecialists.com>
**Subject:** Re: Sheletha Hill Court Case Index #283/25

Sentfrom Yahoo Mail for iPhone

On Monday, March 31, 2025, 2:32 PM, Sheletha Hill < hill.sheletha@yahoo.com>wrote:

Dearest My Beloved Esteemed Ms. Cuilan:

GOD BLESS YOU❣❣❣ Pray all is indeed well❣❣❣ I shall respond in Your email body!!!

Ticket Work Order Numbers:

134275602 - Livingroom 4/17/25 appt time 8am-4pm & 134274932 (Sent email to HPT who shall be contacting me) - Middle Bedroom - Risers Pipes - Pipes Needs Repair / Changingdue to Pin Holes (Old Pipes 1947) / Craft:  Plumber; Esteemed Honorable Emergency Plumber Supervisor Esteemed Honorable Mr. Desmond Wong☺ //// Planning Unit EsteemedHonorable Ms. Imani Ashmere☺on 3/26/2025 at 12:47pm set Appointment date for Repair/Changing on 4/17/2025 at 8am-4pm and emailed theHPT department as well!!!

Esteemed Honorable Mr. Elliott CCC, on 3/26/2025 at 12:48pm (35mins), TWO#'s - Appointment 3/28/2025 at 1pm-4pm:
135627647 - Kitchen Walls - West Wall & Beam Separating  {Maintenance Mr. Ivan verified}
135627464 - My Bedroom #1 - West Wall & Beam Separating   {Maintenance Mr. Ivan verified}

135627214 - Pipes Gas Pipe Needs Repair  {Maintenance Mr. Ivan wasn't given this ticket for scheduled appointment date 3/28/25 between 1pm-4pm},

 Who closed out the Ticket Work Order #:  135459885 that was sequenced from TWO#: 135271108 on 3/3/25: for apartment floor tiles & Stated it was done?
*Mr. Felipe Sanchez was suppose to contact the Vendor, used during 3/18/24-4/1/24 Asbestos Abatement, to return back because NYCHA paid for a rendered service but it was noted upon return 4/1/24 the tiles were lifting, separating and hada discoloration (don't need to pay again), but IF You're stating You paid for a service, establishing Your have a receipt, and vendor work provided was poor dissatisfying work as tiles should NOT be in these current conditions according to Consumer Rights Law(see below) Vendor have to return:

Many of the items that were HPD violations were also given as direction on 2/27/25, 3/6/25 but were either NOT done or poorly done!!!

 https://consumer.ftc.gov

Credit and Your Consumer Rights - Federal Trade Commission

## What is the consumer rights act 2015 right to refund? ︿

In circumstances where a repair or replacement is not possible, or an attempt at repair fails, or the first replacement is also faulty, the consumer has a ... May 17, 2022

 https://researchbriefings.files.parliament.uk

Consumer Rights Act 2015 - UK Parliament

(1)The right to a refund gives the consumer the right to receive a refund from the trader of all money paid by the consumer for the digital content (subject ...

https://www.legislation.gov.uk

Section 45 - Consumer Rights Act 2015 - Legislation.gov.uk

Sentfrom Yahoo Mail for iPhone

On Monday, March 31, 2025, 12:45 PM, Cuilan, Geovanna <Geovanna.Cuilan@nycha.nyc.gov>wrote:

Good afternoon, all,

Tried to contact Ms. Hill at # 580-369-8878, and left a voice message to contact us at # 212-228-2400 Management office.

We are adding Ms. Hill to this email to inform you the coming days for the repairs in your unit. Ms. Hill if you have any question please call me.

New York City Housing Authority | nyc.gov/nycha

*The NYCHA Journal, now available anytime, anywhere. Join the conversation.*

**From:** Sheletha Hill <hill.sheletha@yahoo.com>
**Sent:** Monday, March 24, 2025 6:02 PM
**To:** Davenport, Paula <Paula.Davenport@Nycha.Nyc.gov>
**Cc:** Bellrose, Laura <Laura.Bellrose@nycha.nyc.gov>; Meikle, Trina<Trina.Meikle@nycha.nyc.gov>; Cannavo, John

<John.Cannavo@nycha.nyc.gov>;Cuilan, Geovanna
<Geovanna.Cuilan@nycha.nyc.gov>; Ilboudo-Kakou, Larissa<Larissa.Ilboudo-Kakou@nycha.nyc.gov>; Sanchez, Felipe Jr.
<Felipe.Sanchez2@nycha.nyc.gov>;Keaveney, Claire
<Claire.Keaveney@nycha.nyc.gov>; Greene, Daniel
<Daniel.Greene@nycha.nyc.gov>;Tavarez, Erenisse
<Erenisse.Tavarez@nycha.nyc.gov>; Esteemed JohnBlasco
<john.blasco@mail.house.gov>
**Subject:** Re: Sheletha Hill Court Case Index #283/25

**Caution: External Sender!** Do not click on links, open attachments, or share your user ID and password with unknown senders. Report suspicious emails by using the Report Suspicious Email button.If the button is unavailable, forward the email as an attachment to **phish@oti.nyc.gov**.

Dearest My Beloved Esteemed Ms. Davenport:

GOD BLESS YOU❣❣❣ Pray all is indeed well❣❣❣ The time 9:30am is indeed locked in my calendar forWednesday, at Your established time!!!

Humbly asking is there a reason as to why Esteemed Honorable District Leaders☺️were excluded from Your email?  I am adding them back into email, as +++'s!!!

I noticed You've disclosed Cc:d Esteemed Mrs. Iboudo-Kakou, however, concern raised, as to Why?, especially when You; Ma'dam informed me her last day was Thursday; during Your visit last week Wednesday 3/19/2025 for EsteemedHonorable Ms. Mildred Gonzalez☺️apartment 4D!!!

Until, do know I am always WARRING IN HOLY GHOST FIRE WITHOUT CEASING FOR YOU; OUR EXTENDED FAMILIES AND ENTIRE NATIONS IN YESHUA HAMASHIACH NAME AMEN❣❣❣

Sentfrom Yahoo Mail for iPhone

On Monday, March 24, 2025, 3:37 PM, Davenport, Paula
<Paula.Davenport@Nycha.Nyc.gov>wrote:

> Good afternoon, I will be visiting your apt on 3/26/25, 9:30 am to survey court repairs listed on your new stipulation

New York City Housing Authority | nyc.gov/nycha

*The NYCHA Journal, now available anytime, anywhere. Join the conversation.*

Please think of the environment before you print this e-mail

*I PLEAD THE BLOOD OF JESUS!!*



# NEW YORK CITY HOUSING AUTHORITY (NYCHA)
## REMINDER NOTICE OF APPOINTMENT FOR SKILLED TRADES REPAIR

Date:          03-APR-2025

Development: RIIS

Address:       132 AVENUE D Apt 4A
               NEW YORK, NY 10009

*Appt scheduled by Asst. Manager Esteemed Ms. Geovanna Guilan (Refer to Email: 3/31/25 @ 4:41 pm)*

*Glaciers: Esteemed Mr. Darrel and Esteemed Mr. John arrived @ 8:11 am (Rec. 29:14)*
*① No Work Done*
*② Called Esteemed Mr. Thomas Bonnie, Glacier Supervisor, who also came on 3/4/25 am*

Dear Resident,

You have an upcoming appointment for a **Glazier**.

**Appointment Date:** Apr 23, 2025
**Appointment Time:** 8:00 a.m. to 3:30 p.m.

During the appointment the **Glazier** will address the ticket(s) listed below.

| Work Ticket Number | Location | Description |
|---|---|---|
| 135662215 | Bedroom 02 | Window Glass |
| 135662372 | Kitchen 01 | Window Glass |

**Please prepare for your appointment by:**
- Clearing a path from your apartment door to the repair area
- Moving items and furniture away from the repair area and surrounding area
- Ensuring that conditions are fit for the repair

On the appointment date, please make sure that you or an adult 18 years of age or older is home from 8:00 a.m. to 3:30 p.m. If the **Glazier** does not arrive by 10 a.m., please contact your Neighborhood Planning Unit (their contact information is below).

If this repair is no longer needed or you are unable to keep this appointment, please notify your Neighborhood Planning Unit.

**Manhattan03 Neighborhood Planning Unit Contact Information**
Phone:   646-994-3083
Available Monday through Friday, 8:30 a.m. to 4:30 p.m.

If your repair involves multiple types of skilled trades work, additional tickets may need to be scheduled. You can check the status of your work tickets at any time by calling the Customer Contact Center at (718) 707-7771 or using the MyNYCHA app or website: nyc.gov/MyNYCHA .

Thank you.

| A translation of this document is available in your Property Management Office. |
|---|
| La traducción de este documento está disponible en su Oficina de Administración de Propiedades. |
| 您所居住宅區物業管理處辦公室提供本文件的譯本。 |
| 您所居住宅区物业管理处办公室提供本文件的译本。 |
| Перевод этого документа находится в Офисе управления вашего жилищного комплекса. |



NYCHA 042.862 (02/11/25) V1          REMINDER NOTICE OF APPOINTMENT FOR SKILLED TRADES REPAIR

0303608000000000003390000000359

# New York City Housing Authority
# Skill Trade Cover Sheet

NYCHA 060.898 (11/07/24)v1

NYC Housing Authority
NICE
PO Box 1530
New York NY 10008-1342

1st CLASS MAIL
AUTO
U.S. POSTAGE PAID
NEW YORK, NY
PERMIT NO. 4119

1 0
SHELETHA HILL
132 AVENUE D Apt 04A
NEW YORK NY  10009

0103606000000000003390000000359

Case 1:25-cv-04588-LTS   Document 1   LTS   Document 1   Filed 05/28/25   Page 47 of 96

# NEW YORK CITY HOUSING AUTHORITY
## APPOINTMENT FOR WORK BY PLANNING UNIT

2025-03-31 17:02:39.0

*Received @ 4:00pm on 4/1/2025*

Mgmt:   RIIS

HILL, SHELETHA
132 AVENUE D Apt 4A
NEW YORK NY 10009

Dear NYCHA Resident:

It has come to our knowledge that you have an open Work Order # **135662215** for **Window Glass**.

The **Glazier** has been scheduled on **2025-04-23**.

An adult 18 years of age or older must be at home for our staff to enter your apartment.

If the repair in your apartment is no longer required or you are unable to keep this appointment, please call the Neighborhood Planner for **Manhattan Neighborhood 3** at **646-994-3083** or Neighborhood Secretary at **646-994-3084** between the hours of 8:30 a.m. to 4:30 p.m., Monday through Friday, to cancel or reschedule your appointment.

Please have this notice available when you call.

Thank you



*Darrel / John;*
*Glaciers closed out*
*TWO#'s 4/23/25*
*stated they get paid $50.00 an hour*
*whether they do work or not in my apart.*
*(Recording can be provided)*

I PLEAD THE BLOOD OF JESUS

# NEW YORK CITY HOUSING AUTHORITY
## APPOINTMENT FOR WORK BY PLANNING UNIT

2025-03-31 17:02:40.0

*Received @ 4:50pm 4/1/2025*

Mgmt:   RIIS

HILL, SHELETHA
132 AVENUE D Apt 4A
NEW YORK NY 10009

Dear NYCHA Resident:

It has come to our knowledge that you have an open Work Order # **135662372** for **Window Glass**.

The **Glazier** has been scheduled on **2025-04-23**.

An adult 18 years of age or older must be at home for our staff to enter your apartment.

If the repair in your apartment is no longer required or you are unable to keep this appointment, please call the Neighborhood Planner for **Manhattan Neighborhood 3** at **646-994-3083** or Neighborhood Secretary at **646-994-3084** between the hours of 8:30 a.m. to 4:30 p.m., Monday through Friday, to cancel or reschedule your appointment.

Please have this notice available when you call.

Thank you



*I PLEAD THO BLOCO OF JESUS*

# NEW YORK CITY HOUSING AUTHORITY (NYCHA)
## NOTICE OF APPOINTMENT FOR SKILLED TRADES REPAIR

Date:        **14-MAY-2025**

Development: **RIIS**

Address:        **132 AVENUE D Apt 4A**
**NEW YORK, NY 10009**

Dear Resident,

An appointment for a **Glazier** has been scheduled for your apartment.

**Appointment Date:** Jun 11, 2025

**Appointment Time:** 8:00 a.m. to 3:30 p.m.

During the appointment the **Glazier** will address the ticket(s) listed below.

| Work Ticket Number | Location | Description |
|---|---|---|
| 136930414 | Bedroom 01 | Window Glass |

**Please prepare for your appointment by:**
- Clearing a path from your apartment door to the repair area
- Moving items and furniture away from the repair area and surrounding area
- Ensuring that conditions are fit for the repair

On the appointment date, please make sure that you or an adult 18 years of age or older is home from <u>8:00 a.m. to 3:30 p.m.</u> If the **Glazier** does not arrive by 10 a.m., please contact your Neighborhood Planning Unit (their contact information is below).

If this repair is no longer needed or you are unable to keep this appointment, please notify your Neighborhood Planning Unit.

**Manhattan03 Neighborhood Planning Unit Contact Information**
Phone:    646-994-3083
Available Monday through Friday, 8:30 a.m. to 4:30 p.m.

You will receive a reminder notice approximately two weeks before your appointment. If your repair involves multiple types of skilled trades work, additional tickets may need to be scheduled. You can check the status of your work tickets at any time by calling the Customer Contact Center at (718) 707-7771 or using the MyNYCHA app or website: nyc.gov/MyNYCHA .

Thank you.

| A translation of this document is available in your Property Management Office. |
|---|
| La traducción de este documento está disponible en su Oficina de Administración de Propiedades. |
| 您所居住宅區物業管理處辦公室提供本文件的譯本。 |
| 您所居住宅区物业管理处办公室提供本文件的译本。 |
| Перевод этого документа находится в Офисе управления вашего жилищного комплекса. |



NYCHA 042.861 (02/11/25) V1            NOTICE OF APPOINTMENT FOR SKILLED TRADES REPAIR

0303174000000000004204000000037

NYC Housing Authority
NICE
PO Box 1530
New York NY 10008-1342

1st CLASS MAIL
AUTO
U.S. POSTAGE PAID
NEW YORK, NY
PERMIT NO. 4119

10
SHELETHA HILL
132 AVENUE D Apt 04A
NEW YORK NY  10009

0103172000000000004204000000037

# New York City Housing Authority
# Skill Trade Cover Sheet

NYCHA 060.898 (11/07/24)v1

02031730000000000004204000000037

14634-3001

BLOOD OF JESUS!
MID-ISLAND NY 117
22 MAY 2025PM 1 L

US POSTAGE
ZIP 11422
02 4R
0000387363 MAY 22 2025
$000.69°

Received
5/25/25

I PLEAD THE BLOOD OF JESUS!!

• At Windows in entire apt. full of mold



The Window Frames and Window Need to be REPLACED due to MOLD, WATER DAMAGE / WATER LEAKS / FACADE OF BUILDING  10/12/24 but NOT DONE

Wednesday • Jan 8, 2025 • 2:14 AM



The Window Frames and Window Need to be REPLACED due to MOLD, WATER DAMAGE / WATER LEAKS / FACADE OF BUILDING  10/12/24 but NOT DONE

Wednesday · Jan 8, 2025 · 2:23 AM

I PLEAD THE BLOOD OF JESUS!!!



**October 12, 2024**

8:25 AM

HDR

The Window Frames and Window need to be
REPLACED due to MOLD, WATER DAMAGE /
WATER LEAKS / FACADE OF BUILDING 10/12/24
BUT NOT DONE



October 12, 2024

8:25 AM

HDR

The Window Frames and Window Need to be REPLACED due to MOLD, WATER DAMAGE / WATER LEAKS / FACADE OF BUILDING  10/12/24 but NOT DONE

I PLEAD THE BLOOD OF JESUS!!!

• Manager & Neighborhood Administrator. No Lead Apt cleared but No Abatement

• Concerns raised, no Sec 8 lead tests who stated they said and 9/15/21-N14 What N14

Lead Abatement Svc: 01/18/2024-01/19/2023



From: Esteemed Mrs. Larissa Ilboudo... >
To: hill.sheletha@yahoo.com >
Cc: Esteemed Felipe Sanchez >
Asst Super Shadea Norris >
Mohammed Alam >
April 2, 2024 at 2:48 PM

**Lead Test Result**

Good afternoon Ms. Hill,
Please find attached the lead test result from your apartment.
Thank you

**Larissa Ilboudo-Kakou**
Housing Manager
Riis Houses
454 East 10th St, New York, NY 10009
Tel. +1 (212) 228-2400
Cel. +1 (347) 287-2073
Fax. +1 (212) 420-2246
New York City Housing Authority | nyc.gov/nycha

*The NYCHA Journal, now available anytime, anywhere. Join the conversation.*

This e-mail and any subsequent e-mails in this thread and any included attachments are for the exclusive and confidential use of the intended recipient(s). If you received this e-mail in error, please do not read, distribute, or take action in reliance upon this e-mail. Instead, please notify the signatory above immediately by return e-mail and promptly delete this e-mail and any attachments from your computer system. Neither the New York City Housing Authority nor the signatory above waive attorney-client or attorney work-product privilege by the transmission of this e-mail and any attachments.

Please think of the environment before you print this e-mail

Result

※ Result is pertaining to "My" 311 request for a FREE-RESIDENTIAL LEAD TEST KIT made on 2/22/2024 comment section" Water Is DISCOLORED - Water testing <u>ONLY</u> for <u>LEAD</u> in water



Atlas Environmental Lab, Corp
255 W 36th Street, Suite 1503
New York, NY 10018
Phone:(212) 563-0400  Fax:(212) 563-0401
www.atlasenvironmentallab.com



RECEIVED
JUL 3 0 2024
LCOB RIIS HOUSE

## ANALYSIS OF REPORT FOR LEAD IN DUST WIPES

| | | | | |
|---|---|---|---|---|
| **Client:** | New York City Housing Authority | | **Lab ID:** | LW07242241 |
| **Collected by:** | Client | | **Date Sampled:** | 7/29/2024 |
| **NYCHA Work Order:** | 128241755 | | **Date Received:** | 7/29/2024 |
| **Project Name/No.:** | Riis | | **Date Analyzed:** | 7/29/2024 |
| **Project Address:** | 132 Avenue D | | **Report Date:** | 7/29/2024 |
| **Work Area:** | EDP: 210 / SH: 012 / 4A | | | |

| Client ID # | Lab ID # | Location/Description | Area Sampled (Inches) | Lead  (µg/ft²) |
|---|---|---|---|---|
| 210-12-4A-1 | LW07242241-1 | Corridor - FL | 12x24 | <3 |
| 210-12-4A-2 | LW07242241-2 | Bedroom 3 - FL | 12x24 | <3 |
| 210-12-4A-3 | LW07242241-3 | Bedroom 3 - WS | 6x36 | <3 |
| 210-12-4A-4 | LW07242241-4 | Bedroom 3 - WW | 2x30 | <12 |
| 210-12-4A-5 | LW07242241-5 | Foyer/Hallway 2 - FL | 12x24 | <3 |

PD

Analysis Method: EPA 7000B

Prep Method: EPA 3050B

RL (Reporting limit): 5.0 µg/ft² (based upon 1.0 square foot samples)
NYS - ELAP#11999, AIHA-LAP, LLC ID: 208306, CT Reg. # PH-0154

Analyst: HF

Approved by: *VRudewy*

USEPA requirement to meet ASTM E1792 Specification for ghost wipes; Collection procedure, protocols and sample locations are based on information provided by the client submitting the samples; and as such, Atlas Environmental Labs disclaims any knowledge of and liability for the accuracy and completeness of this information. The results apply to the sample as received. Lead results are not corrected for blank.

L2 REV4, July 2019

**LW0724224l**

# NEW YORK CITY HOUSING AUTHORITY
## LEAD HAZARD CONTROL DEPARTMENT
### Dust Wipe Sample Chain Of Custody

Page_____ of_____

Date: 7/29/24
Development: Riis
Address: 132 Avenue D

Inspector's Name: Thanh Tran
Apartment/Facility Type: 4A    389557

EDP #: 210
Work Order # 128 241 755
SH #: 012
Notes:

Clearance Category: **4**

**Clearance Categories:**
1. Interior Treatment without Containment
2. Interior Treatment with Containment
3. Exterior Work On Painted Surfaces
4. Routine Maintenance
5. Soil Work
6. 504 Apartment
7-Re-evaluation Follow-up

Report/Bills must be submitted to:
NYCHA-Healthy Homes-LHCD
24-02 49th Avenue, 4th floor
Long Island City, NY 11101

| Sample ID (EDP-SH-APT-No.) | Room Equivalent | Surface Type | Sample Dimensions (In Inches) | Area (f²) | Lab Result (µg/f²) | Pass or Fail |
|---|---|---|---|---|---|---|
| 210-12-4A 1 | Corridor | FL WS WW ST SL / Blank Other: | 12 x 24 | | < 3 | |
| 210-12-4A 2 | Bedroom 3 | FL WS WW ST SL / Other: | 12 x 24 | | < 3 | |
| 210-12-4A 3 | Bedroom 3 | FL WS WW ST SL / Other: | 6 x 36 | | < 3 | |
| 210-12-4A 4 | Bedroom 3 | FL WS WW ST SL / Other: | 2 x 30 | | < 12 | |
| 210-12-4A 5 | Foyer/Hallway 2 | FL WS WW ST SL / Other: A.D.T | 12 x 24 | | < 3 | |
| -- -- -- | | FL WS WW ST SL / Other: | X | | | |
| -- -- -- | | FL WS WW ST SL / Other: | X | | | |
| -- -- -- | | FL WS WW ST SL / Other: | X | | | |
| -- -- -- | | FL WS WW ST SL / Other: | X | | | |
| -- -- -- | | FL WS WW ST SL / Other: | X | | | |
| -- -- -- | | FL WS WW ST SL / Other: | X | | | |
| -- -- -- | | FL WS WW ST SL / Other: | X | | | |
| -- -- -- | | FL WS WW ST SL / Other: | X | | | |
| -- -- -- | | FL WS WW ST SL / Other: | X | | | |
| -- -- -- | | FL WS WW ST SL / Other: | X | | | |
| -- -- -- | | FL WS WW ST SL / Other: | X | | | |
| -- -- -- | | FL WS WW ST SL / Other: | X | | | |

**ABBREVIATIONS:** FL = FLOOR; WS = WINDOW SILL; WW = WINDOW WELL; ST = STAIR TREAD; SL = STAIR LANDING

Sampled By: (Print Name) Thanh Tran

Sampled By: (Signature)

Relinquished By: Thanh Tran    Date: 7/29/24

Received By: Ken Podin    Date: 7/29/24

Analyzed By: Hikas Emakvithi    Date: 7/29/24

Comments: Final cleaning 7/29/ 4:00 pm

Time: 5:30 - 5:45 am/pm
Time: 6:24 am/pm
Time: 6:25 am/pm
Date: 7/29/24 Time: 8:30 am/pm

Required Turnaround Time (TAT) is: 4 hrs.

Total number of samples on this page: 5

**EMAIL RESULTS:To**
LHCD.DW@NYCHA.NYC.GOV

Abatement Contractor: NYCHA

I PLEAD THE BLOOD OF JESUS!!!

Mail body: Fwd: Just received Call from Esteemed Honorable Mr. Hector Quiles extended stay until Wednesday 7/31/24

Sent from my iPhone

Begin forwarded message:

**From:** "Ilboudo-Kakou, Larissa" <Larissa.Ilboudo-Kakou@nycha.nyc.gov>
**Date:** July 30, 2024 at 11:07:16 AM EDT
**To:** Sheletha Hill <hill.sheletha@yahoo.com>
**Cc:** My Beloved Esteemed Bishop Michael Alston <bishopmichaelralstonsr@gmail.com>, "Quiles, Hector" <Hector.Quiles@nycha.nyc.gov>
**Subject: RE: Just received Call from Esteemed Honorable Mr. Hector Quiles extended stay until Wednesday 7/31/24**

*[handwritten in margin: 7/30/24 @ 11:07 16am Apartment CLEAR from LEAD SAFE to RETURN Home]*

Good morning Ms. Hill,
Sorry for the delay in my response. I had already left but the time your sent your email.
I gave you a positive lead result yesterday afternoon.
Then the higherups were able to assign a team to take care of it after hour.
As of today, your apartment is clear from lead and you safe to return.
Thank you

**Larissa Ilboudo-Kakou**
Housing Manager
Riis Houses
454 East 10th St, New York, NY 10009
Tel. +1 (212) 228-2400
Cel. +1 (347) 287-2073
Fax +1 (212) 420-2246
New York City Housing Authority | nyc.gov/nycha

*The NYCHA Journal, now available anytime, anywhere. Join the conversation.*

---

This e-mail and any subsequent e-mails in this thread and any included attachments are for the exclusive and confidential use of the intended recipient(s). If you received this e-mail in error, please do not read, distribute, or take action in reliance upon this e-mail. Instead, please notify the signatory above immediately by return e-mail and promptly delete this e-mail and any attachments from your computer system. Neither the New York City Housing Authority nor the signatory above waive attorney-client or attorney work-product privilege by the transmission of this e-mail and any attachments.

Please think of the environment before you print this e-mail

-----Original Message-----
From: Sheletha Hill <hill.sheletha@yahoo.com>
Sent: Monday, July 29, 2024 5:08 PM
To: Ilboudo-Kakou, Larissa <Larissa.Ilboudo-Kakou@nycha.nyc.gov>
Cc: My Beloved Esteemed Bishop Michael Alston <bishopmichaelralstonsr@gmail.com>; Quiles, Hector <Hector.Quiles@nycha.nyc.gov>
Subject: Just received Call from Esteemed Honorable Mr. Hector Quiles extended stay until Wednesday 7/31/24

*[handwritten in margin: 7/29/24 @ 5:08pm LEAD abatement required]*

Dearest My Beloved Sister Esteemed Honorable Mrs. Ilboudo-Kakou☐☐:

GOD BLESS YOU❣ ☐❣ ☐❣ ☐ Pray all is indeed well❣ ☐❣ ☐❣ ☐ I know we spoke at 3:40pm, regarding return date for tomorrow. Also spoke about You receiving the lead testing results and samples taken on 7/2/2024 which is positive and shall require another relocation for abatement for lead!

*The lead results shall be provided as indicated.
*After Mold remediation, could You, Ma'dam provide the mold testing for air quality within entire apartment?

I just received a text message from Esteemed Honorable Mr. Quiles indicating they are extending stay until 7/31/2024, so the apartment shall be wiped down!!!

Could You; Ma'dam Please advise⬛⬛?

Until, do know I am always WARRING IN HOLY GHOST FIRE ⬛ WITHOUT CEASING FOR YOU; OUR EXTENDED FAMILY AND ENTIRE NATIONS IN JESUS NAME AMEN ⬛⬛ ❣ ⬛❣ ⬛❣ ⬛

Respectfully with the LOVE OF GOD,
Pastor Chaplain Sheletha Hill
⬛⬛⬛⬛❤ ⬛⬛❤ ⬛⬛⬛❤ ⬛⬛⬛⬛⬛⬛⬛⬛❣ ⬛❣ ⬛❣ ⬛
Sent from my iPhone

I PLEAD THE BLOOD OF JESUS!!

7/30/24
@
9:24am

ALL CLEARED
FOR LEAD TO
Return back
home.
SEE REPORT

Emailed as PDF,
and hard copy
Stamped by
Manager and hand
to me 7/30/24

**9:18**

15 Messages
Just received Call from E...

On Jul 30, 2024, at 9:24 AM, Davenport, Paula
<Paula.Davenport@nycha.nyc.gov> wrote:

Good morning, I have great news you are cleared to
return home please see attached report. Thank you for
all your patience in allowing us too get the repairs
completed correctly Please see attached report. The
dust wipes taken last night passed. Unit is cleared.
Thanks.

**Paula Davenport**
Neighborhood Administrator
Manhattan Property Management
1980 Lexington Ave, New York, NY 10035
Tel. +1 (917) 206-3500
Cel. +1 (929) 397-7116
New York City Housing Authority | nyc.gov/nycha

The NYCHA Journal, now available anytime,
anywhere. Join the conversation.

This e-mail and any subsequent e-mails in this thread and any included
attachments are for the exclusive and confidential use of the intended
recipient(s). If you received this e-mail in error, please do not read, distribute,
or take action in reliance upon this e-mail. Instead, please notify the signatory
above immediately by return e-mail and promptly delete this e-mail and any
attachments from your computer system. Neither the New York City Housing
Authority nor the signatory above waive attorney-client or attorney work-
product privilege by the transmission of this e-mail and any attachments.

7/29/24
5:42pm

9:19

15 Messages
Just received Call from E...

14

-----Original Message-----
From: Sheletha Hill <hill.sheletha@yahoo.com>
Sent: Monday, July 29, 2024 5:42 PM
To: Ilboudo-Kakou, Larissa <Larissa.Ilboudo-Kakou@nycha.nyc.gov>
Cc: My Beloved Esteemed Bishop Michael Alston <bishopmichaelralstonsr@gmail.com>; Quiles, Hector <Hector.Quiles@nycha.nyc.gov>; Davenport, Paula <Paula.Davenport@Nycha.Nyc.gov>; Sophia Fink <SFink@mail.house.gov>; Esteemed Ms. Joanna Sanchez <sanchezj@nyassembly.gov>
Subject: Re: Just received Call from Esteemed Honorable Mr. Hector Quiles extended stay until Wednesday 7/31/24

Dearest My Beloved Sister Esteemed Honorable Mrs. Ilboudo-Kakou😊🍃:

GOD BLESS YOU 🌹 🌹 🌹 Pray all is indeed well 🌹 🌹 🌹 I'm adding Our Beloved Sister Esteemed Honorable Ms. Davenport, and District Leaders 🌹 🌹 🌹

***Please advise on what exactly shall be done tomorrow in apartment?

***Shall there be documentation provided, that shall Guarantee My Emotional Support Service Animal; return back into home too?

***We have court on 7/31/24, at 2:30pm, and according to Your counsel, believes apartment was intact, but states I'm back in hotel for repairs!
***NOT acknowledging to the courts the specifics( black mold and repairs that was listed as conditions!

  

Fwd: Abatement NEEDED for Water Damage (No...

Esteemed
✱ Honorable Judge
Tracy E. Ferdinand
  ask:
Why? did NYCHA
place me back in
hotel? NYCHA Lawyer
Esq. Trina Meikle
  &
Mr. Darrel Scott
  said I was
  placed back in
  hotel for repairs
  she thought I
  was NOT to my
  liking!!!

✱ Mrs. Meikle/Mr.
  Scott had my Rent
  Ledger of me giving
  RENT, but didn't
  disclose as I'd

I READ THE BOOK OF DANIEL

7/29/24 @ 5:07pm {

After Mold Remediation Requesting air quality testing be provided {

Extending Stay to 7/31/24, apartment wiping down for LEAD

PLEASE ADVISE ON Apartment wipe down?



**9:18**

15 Messages
**Just received Call from E...**

> On Jul 29, 2024, at 5:07 PM, Sheletha Hill
<hill.sheletha@yahoo.com> wrote:
> Dearest My Beloved Sister Esteemed Honorable Mrs.
Ilboudo-Kakou😈🍃:
>
> GOD BLESS YOU ❣️❣️❣️ Pray all is indeed
well❣️❣️❣️ I know we spoke at 3:40pm, regarding
return date for tomorrow. Also spoke about You receiving
the lead testing results and samples taken on 7/2/2024
which is positive and shall require another relocation for
abatement for lead!
>
> *The lead results shall be provided as indicated.
> *After Mold remediation, could You; Ma'dam provide
the mold testing for air quality within entire apartment?
>
> I just received a text message from Esteemed
Honorable Mr. Quiles indicating they are extending stay
until 7/31/2024, so the apartment shall be wiped down!!!
>
> Could You; Ma'dam Please advise🙏?
>
> Until, do know I am always WARRING IN HOLY
GHOST FIRE 🔥 WITHOUT CEASING FOR YOU; OUR
EXTENDED FAMILY AND ENTIRE NATIONS IN JESUS
NAME AMEN 🙏❣️❣️❣️
>
> Respectfully with the LOVE OF GOD,
> Pastor Chaplain Sheletha Hill
> 😈🍃🕯️🔥🌱🖤🔥🖤🔥🏠🙏👻✨👐❣️❣️❣️
> Sent from my iPhone

<LW07242241.pdf>

**Fwd: Abatement NEEDED for Water Damage (No...**





I PLEAD THE BLOOD OF JESUS!



**8:40**

**Ms Linda** ›

Text Message · RCS
Wed, Dec 18 at 12:02 PM

GOD BLESS YOU 🤍 🤍 🤍 Esteemed
Honorable Ms. Linda, pray all
is indeed well 🤍 🤍 🤍

12:02 PM

Doorbell doesn't work within my
apartment but I am upstairs

12:02 PM

📄 pdf  **FILE_0684.pdf**
PDF Document · 1.5 MB

12:30 PM

Read 12/18/24

Text Message · RCS

I PCUND THE BLOOD OF JESUS!!!

**GO** **LES**

Sage Altamirano <sage@goles.org>

# Fwd: 132 Avenue D, Unit 04A - Lead Abatement

1 message

**Sheletha Hill** <hill.sheletha@yahoo.com>                    Wed, Sep 4, 2024 at 10:09 AM
To: sage@goles.org

Begin forwarded message:

**From:** Sheletha Hill <hill.sheletha@yahoo.com>
**Subject: Re: 132 Avenue D, Unit 04A - Lead Abatement**
**Date:** September 3, 2024 at 6:28:41 PM EDT
**To:** "Paruch-Kozlowski, Karolina" <Karolina.Paruch-Kozlowski@nycha.nyc.gov>
**Cc:** "Esteemed Ms. Joanna Sanchez" <sanchezj@nyassembly.gov>, "Sullivan, Jaclyn"
<Jaclyn.Sullivan@nycha.nyc.gov>, "Simantiras, Alexandros" <Alexandros.Simantiras@nycha.nyc.gov>,
Tiffany Asberry <tasberry@johnson-asberry.com>

Dearest My Beloved Sister Esteemed Honorable Mrs. Paruch-Kozlowski😊🙏:

GOD BLESS YOU🌹🌹🌹 Pray all is indeed well🌹🌹🌹 GRACE UPON DIVINE GRACE for Your email
summary, it is much appreciated and from henceforth, all responses shall be within the body of Your email!!!

> On Sep 3, 2024, at 3:37 PM, Paruch-Kozlowski, Karolina <Karolina.Paruch-Kozlowski@
> nycha.nyc.gov> wrote:
>
> Dear Pastor Hill,
>
> I hope this message finds you well.

***My ESA & I are still being impacted horribly by all the conditions, #1 deep health concern raised by team
of medical doctors myself, and district leader(s) is breathing respiratory, inflamed red throat, constant throat
clearing gasping to breathe, swollen puffy, irritated, burning, inflamed, hurting eyes, & irritated red skin
concerns (videos are recorded each day)

> It was a pleasure meeting you and Ms. Sanchez during the lead pre-abatement
> inspection conducted on August 29, 2024.

***Yes, it indeed was a pleasure in meeting You, but also hearing You acknowledg all the pre-existing
maintenance repairs & indeed indicating all shall be addressed during this 3rd Relocation for lead
abatement

> I wanted to follow up and provide a summary of our findings, along with the next
> steps in our process.

***Blessings for doing so, it is again much appreciated

> Currently, we are gathering additional information regarding the availability of
> materials

***What is the estimated timeline (ETL) for gathering additional information?
***What happens if, NYCHA doesn't have available materials needed for abatement?
***Shall NYCHA hire a outside third party contract Vendor?

> and the timelines for the project.

***What is the estimated timeline for a project to this magnitude for Lead Abatement?

o keep everyone informed, here is a detailed outline of the scope of work to be carried out during the relocation period:

1. Lead Abatement
2. Plaster and Paint Repairs
3. Bedroom Closet Trim Replacement
4. Escutcheon Plates Replacement
5. Foyer/Hallway Closet Shelves Replacement

***In this detailed Outline of the scope of work, it doesn't mention the _still pre-existing **Black MOLD**_, within closets, or t*he moldy mildew smell* inside the closet beside bathroom but adjacent to my bedroom (see video recording of mold at 3:41PM)

Alex will be responsible for leading and overseeing the lead abatement and related repairs. His expertise will ensure that all work is completed efficiently and in compliance with safety regulations.

***ABBA GOD, I truly Bless the NAME OF THE LORD GOD ALMIGHTY for everyone in attendenace, but most importantly in Your reiterating this fact once again, for clarity with transparency, along with the stipulations mentioned during 8/29/24 pre-abatement lead screening: In Your response to my statement: This shall be the 3RD Relocation and I truly desire for EVERYTHING to be done compltely with compliance so I am NOT having to return back a fourth time:
1.) My Beloved Brother Esteemed Honorable Mr. Alex Simantiras😊⊔ shall oversee entire process
2.) You'll designate a specfic personnel; who shall be point of contact, for communications
3.) Esteemed Honorable Mr. Simantiras shall arrange a day to accompany me in a walk-through, before a check Out date from Hotel
4.) Agreeing, I shall be relocated back to the same Hotel: **231 East 43RD Street, NY, NY 10017**, as from the first two relocations: **3/18/24-4/1/24** (Asbestos Abatement) & **7/20/24-7/31/24** (Mold Remedial for bedroom but NO mold remedial for closet(s) *_Its close to treating doctors, as I'm currently undergoing surgery procedures for spine_
5.) Floor tiles which are lifting and separating throughout different areas of the apartment (walking on some it sounds like crunching leaves), tiles done after Asbestos Abatement during hotel stay
6.) The Water serious conditions of being brown during times there are NO notifications of disturbance of water line - water testing for pollutants, contaminants, heavy metals, and arscenic (as per being highly recommended by all Governing Medical Health Agencies (Providing care) *You couldn't take a water bottle sample but appreciate Your taking a picture to convey concerns to Esteemed Honorable Ms. Sullivan😊⊔

For your reference, I have attached the Notice of Evaluation, which details the lead-positive components identified during the XRF inspection. This document will provide you with specific information regarding the areas that will be addressed.

***It is truly much appreciated🙏
***I didn't see attached the Layout map, used by Yourself & Esteemed Mr. Simantiras during screening, shall a copy be provided too?

Additionally, I'd like to introduce Tiffany Asberry, who will be your primary point of contact for coordinating your relocation. Tiffany will also handle any inquiries related to the relocation process, including the gift card. She will reach out to you within the next few days to discuss hotel options and work on finalizing a relocation date that suits your schedule.

***GOD BLESS YOU; My Beloved Sister Esteemed Honorable Ms. Tiffany Asberry, nice to meet You; Madam via: email, but I look forward in Our fellowship meeting Face-to-Face🙏❤️❤️❤️

***Hotel see above, (Extremely close to treating Doctors)
***Easy transportation commuting, as Im currently having surgical procedures throughout spine (Cervical, Thoracic, and Lumbar)
***Pet Friendly
***Humbly asking for process to be expedited due to environmental health concerns enduring (see attached VIdeos)

To ensure smooth communication and keep everyone up to date, please respond to this email thread with any relevant information or questions you might have. This will help us all stay aligned and informed about the progress of the project.

***I absolutely agree, as it guarntees positive communications of unity 🈂️ 🗨️ 💚 🙏 🧎 🍷

Thank you for your cooperation and understanding. If you have any immediate concerns or need further clarification, feel free to reach out.

***Yes, Ma'dam, shall do, what a REFRESHING 🐍

Wishing you a great day!
Best regards,
Karolina

*** Until, do know I am always WARRING IN HOLY GHOST FIRE 🔥 WITHOUT CEASING FOR YOU; OUR EXTENDED FAMILY AND ENTIRE NATIONS IN JESUS NAME AMEN 🧎 🍷 🍷 🍷

*** Respectfully with the LOVE OF GOD,
Pastor Hill
(580)369-8878

Recording 9/3/2024 at 3:41PM - Mold still in closets - NOT Remedied during 7/20/24-7/31/2024 - ***I know this is Black Mold see videos / images from 6/29/2024 below (although it was stated in email thread by NYCHA there is NO MOLD:

Recording this morning 9/3/2024 @ 4:18am - DEEP HEALTH RISKS

ESA who returned back into home 8/9/2024 at 8:48PM, since return this is what ESA have been enduring

7/23/2024 @ 9:43AM, Gentleman with glasses indicating - they came and did MOLD in closets last night 7/22/2024

(917) 862 1106

**Karolina Paruch-Kozlowski**
Director
Lead Hazard Control Department
24-02 49th Ave, LIC, NY 11101
Tel. +1 (718) 707-8634
Cel. +1 (917) 862-1106
New York City Housing Authority | nyc.gov/nycha

*The NYCHA Journal, now available anytime, anywhere. Join the conversation.*

This e-mail and any subsequent e-mails in this thread and any included attachments are for the exclusive and confidential use of the intended recipient(s). If you received this e-mail in error, please do not read, distribute, or take action in reliance upon this e-mail. Instead, please notify the signatory above immediately by return e-mail and promptly delete this e-mail and any attachments from your computer system. Neither the New York City Housing Authority nor the signatory above waive attorney-client or attorney work-product privilege by the transmission of this e-mail and any attachments.

Please think of the environment before you print this e-mail

<RIIS 13-4A - NOE.pdf>

**7 attachments**

⬜ **IMG_7750.mov**
1K

⬜ **IMG_5714.MOV**
1K

⬜ **IMG_5715.MOV**
1K

⬜ **IMG_7724.MOV**
1K

⬜ **IMG_6939.MOV**
1K

⬜ **IMG_7566.MOV**
1K

⬜ **IMG_6595.mov**
1K

I PLEAD THE BLOOD OF JESUS!!!

**Mail body: Fwd: Just received Call from Esteemed Honorable Mr. Hector Quiles extended stay until Wednesday 7/31/24**

Sent from my iPhone

Begin forwarded message:

*Handwritten margin notes: 7/30/24 @ 11:07 16am Apartment CLEAR from LEAD SAFE to RETURN HOME*

**From:** "Ilboudo-Kakou, Larissa" <Larissa.Ilboudo-Kakou@nycha.nyc.gov>
**Date:** July 30, 2024 at 11:07:16 AM EDT
**To:** Sheletha Hill <hill.sheletha@yahoo.com>
**Cc:** My Beloved Esteemed Bishop Michael Alston <bishopmichaelralstonsr@gmail.com>, "Quiles, Hector" <Hector.Quiles@nycha.nyc.gov>
**Subject: RE: Just received Call from Esteemed Honorable Mr. Hector Quiles extended stay until Wednesday 7/31/24**

Good morning Ms. Hill,
Sorry for the delay in my response. I had already left but the time your sent your email.
I gave you a positive lead result yesterday afternoon.
Then the higherups were able to assign a team to take care of it after hour.
As of today, your apartment is clear from lead and you safe to return.
Thank you

**Larissa Ilboudo-Kakou**
Housing Manager
Riis Houses
454 East 10th St, New York, NY 10009
Tel. +1 (212) 228-2400
Cel. +1 (347) 287-2073
Fax +1 (212) 420-2246
New York City Housing Authority | nyc.gov/nycha

*The NYCHA Journal, now available anytime, anywhere. Join the conversation.*

This e-mail and any subsequent e-mails in this thread and any included attachments are for the exclusive and confidential use of the intended recipient(s). If you received this e-mail in error, please do not read, distribute, or take action in reliance upon this e-mail. Instead, please notify the signatory above immediately by return e-mail and promptly delete this e-mail and any attachments from your computer system. Neither the New York City Housing Authority nor the signatory above waive attorney-client or attorney work-product privilege by the transmission of this e-mail and any attachments.

Please think of the environment before you print this e-mail

-----Original Message-----
From: Sheletha Hill <hill.sheletha@yahoo.com>
Sent: Monday, July 29, 2024 5:08 PM
To: Ilboudo-Kakou, Larissa <Larissa.Ilboudo-Kakou@nycha.nyc.gov>
Cc: My Beloved Esteemed Bishop Michael Alston <bishopmichaelralstonsr@gmail.com>; Quiles, Hector <Hector.Quiles@nycha.nyc.gov>
Subject: Just received Call from Esteemed Honorable Mr. Hector Quiles extended stay until Wednesday 7/31/24

*Handwritten margin notes: 7/29/24 @ 5:08pm LEAD Abatement required*

Dearest My Beloved Sister Esteemed Honorable Mrs. Ilboudo-Kakou☐☐:

GOD BLESS YOU❣☐❣☐❣☐ Pray all is indeed well❣☐❣☐❣☐ I know we spoke at 3:40pm, regarding return date for tomorrow. Also spoke about You receiving the lead testing results and samples taken on 7/2/2024 which is positive and shall require another relocation for abatement for lead!

*The lead results shall be provided as indicated.
*After Mold remediation, could You; Ma'dam provide the mold testing for air quality within entire apartment?

I just received a text message from Esteemed Honorable Mr. Quiles indicating they are extending stay until 7/31/2024, so the apartment shall be wiped down!!!

Could You; Ma'dam Please advise☐☐?

Until, do know I am always WARRING IN HOLY GHOST FIRE ☐ WITHOUT CEASING FOR YOU; OUR EXTENDED FAMILY AND ENTIRE NATIONS IN JESUS NAME AMEN ☐☐ ❣ ☐❣ ☐❣ ☐

Respectfully with the LOVE OF GOD,
Pastor Chaplain Sheletha Hill
☐☐☐❤ ☐☐❤ ☐☐☐❤ ☐☐☐☐☐☐☐☐❣ ☐❣ ☐❣ ☐
Sent from my iPhone

I PLEAD THE BLOOD OF JESUS!!

7/30/24
@
9:24am

ALL CLEARED
FOR LEAD TO
Return back
home,
SEE REPORT

Emailed as PDF,
and hard copy
stamped by
Manager and handed
to me 7/30/24



On Jul 30, 2024, at 9:24 AM, Davenport, Paula <Paula.Davenport@nycha.nyc.gov> wrote:

Good morning, I have great news you are cleared to return home please see attached report. Thank you for all your patience in allowing us too get the repairs completed correctly Please see attached report. The dust wipes taken last night passed. Unit is cleared. Thanks.

**Paula Davenport**
Neighborhood Administrator
Manhattan Property Management
1980 Lexington Ave, New York, NY 10035
Tel. +1 (917) 206-3500
Cel. +1 (929) 397-7116
New York City Housing Authority | nyc.gov/nycha

The NYCHA Journal, now available anytime, anywhere. Join the conversation.

This e-mail and any subsequent e-mails in this thread and any included attachments are for the exclusive and confidential use of the intended recipient(s). If you received this e-mail in error, please do not read, distribute, or take action in reliance upon this e-mail. Instead, please notify the signatory above immediately by return e-mail and promptly delete this e-mail and any attachments from your computer system. Neither the New York City Housing Authority nor the signatory above waive attorney-client or attorney work-product privilege by the transmission of this e-mail and any attachments.



7/29/24
@
5:42 pm

-----Original Message-----
From: Sheletha Hill <hill.sheletha@yahoo.com>
Sent: Monday, July 29, 2024 5:42 PM
To: Ilboudo-Kakou, Larissa <Larissa.Ilboudo-Kakou@nycha.nyc.gov>
Cc: My Beloved Esteemed Bishop Michael Alston <bishopmichaelralstonsr@gmail.com>; Quiles, Hector <Hector.Quiles@nycha.nyc.gov>; Davenport, Paula <Paula.Davenport@Nycha.Nyc.gov>; Sophia Fink <SFink@mail.house.gov>; Esteemed Ms. Joanna Sanchez <sanchezj@nyassembly.gov>
Subject: Re: Just received Call from Esteemed Honorable Mr. Hector Quiles extended stay until Wednesday 7/31/24

Dearest My Beloved Sister Esteemed Honorable Mrs. Ilboudo-Kakou😊🌷:

GOD BLESS YOU 💐 💐 💐 Pray all is indeed well💐 💐 💐 I'm adding Our Beloved Sister Esteemed Honorable Ms. Davenport, and District Leaders 💐 💐 💐

***Please advise on what exactly shall be done tomorrow in apartment?

***Shall there be documentation provided, that shall Guarantee My Emotional Support Service Animal; return back into home too?

***We have court on 7/31/24, at 2:30pm, and according to Your counsel, believes apartment was intact, but states I'm back in hotel for repairs!
***NOT acknowledging to the courts the specifics( black mold and repairs that was listed as conditions!

Fwd: Abatement NEEDED for Water Damage (No...

Esteemed
* Honorable Judge
Tracy E. Ferdinad
ask:
Why did NYCHA
place me back in
hotel?
NYCHA Lawyer
Esq, Trina Meikle
&
Mr. Darrel Scott
said I was
placed back in
hotel for repairs
she thought I
was NOT to my
liking!!!

* Mrs. Meikle/Mr
Scott had my Rent
ledger of me owing
rent, but didn't
disclose as I'd
ask. Mr. Scott

I PLEAD THE BLOOD OF JESUS



7/29/24 @ 5:07pm

After Mold Remediation Requesting air quality testing be provided

Extending Stay to 7/31/24, apartment wiping down for LEAD

PLEASE ADVISE ON Apartment wipe down?

15 Messages

**Just received Call from E...**

> On Jul 29, 2024, at 5:07 PM, Sheletha Hill
<hill.sheletha@yahoo.com> wrote:
> Dearest My Beloved Sister Esteemed Honorable Mrs. Ilboudo-Kakou😈🪽:
>
> GOD BLESS YOU ❣❣❣ Pray all is indeed well ❣❣❣ I know we spoke at 3:40pm, regarding return date for tomorrow. Also spoke about You receiving the lead testing results and samples taken on 7/2/2024 which is positive and shall require another relocation for abatement for lead!
>
> *The lead results shall be provided as indicated.
> *After Mold remediation, could You; Ma'dam provide the mold testing for air quality within entire apartment?
>
> I just received a text message from Esteemed Honorable Mr. Quiles indicating they are extending stay until 7/31/2024, so the apartment shall be wiped down!!!
>
> Could You; Ma'dam Please advise🙏?
>
> Until, do know I am always WARRING IN HOLY GHOST FIRE 🔥 WITHOUT CEASING FOR YOU; OUR EXTENDED FAMILY AND ENTIRE NATIONS IN JESUS NAME AMEN 🙏 ❣❣❣
>
> Respectfully with the LOVE OF GOD,
> Pastor Chaplain Sheletha Hill
> 😈🪽 🌊🔥🍓💜🍇🕊🏠🙏😇✝️💒❣❣❣
> Sent from my iPhone

<LW07242241.pdf>

**Fwd: Abatement NEEDED for Water Damage (No...**



Atlas Environmental Lab, Corp
255 W 36th Street, Suite 1503
New York, NY 10018
Phone:(212) 563-0400  Fax:(212) 563-0401
www.atlasenvironmentallab.com

RECEIVED

JUL 30 2024

JACOB RIIS HOUSES

## ANALYSIS OF REPORT FOR LEAD IN DUST WIPES

| | | | |
|---|---|---|---|
| **Client:** | New York City Housing Authority | **Lab ID:** | LW07242241 |
| **Collected by:** | Client | **Date Sampled:** | 7/29/2024 |
| **NYCHA Work Order:** | 128241755 | **Date Received:** | 7/29/2024 |
| **Project Name/No.:** | Riis | **Date Analyzed:** | 7/29/2024 |
| **Project Address:** | 132 Avenue D | **Report Date:** | 7/29/2024 |
| **Work Area:** | EDP: 210 / SH: 012 / 4A | | |

| Client ID # | Lab ID # | Location/Description | Area Sampled (Inches) | Lead  (µg/ft²) |
|---|---|---|---|---|
| 210-12-4A-1 | LW07242241-1 | Corridor - FL | 12x24 | <3 |
| 210-12-4A-2 | LW07242241-2 | Bedroom 3 - FL | 12x24 | <3 |
| 210-12-4A-3 | LW07242241-3 | Bedroom 3 - WS | 6x36 | <3 |
| 210-12-4A-4 | LW07242241-4 | Bedroom 3 - WW | 2x30 | <12 |
| 210-12-4A-5 | LW07242241-5 | Foyer/Hallway 2 - FL | 12x24 | <3 |

PD

Analysis Method: EPA 7000B

Prep Method: EPA 3050B

RL (Reporting limit): 5.0 µg/ft² (based upon 1.0 square foot samples)
NYS - ELAP#11999, AIHA-LAP, LLC ID: 208306, CT Reg. # PH-0154

Analyst: HF

Approved by: *VRudeney*

USEPA requirement to meet ASTM E1792 Specification for ghost wipes; Collection procedure, protocols and sample locations are based on information provided by the client submitting the samples; and as such, Atlas Environmental Labs disclaims any knowledge of and liability for the accuracy and completeness of this information. The results apply to the sample as received. Lead results are not corrected for blank.

L2 REV4, July 2019

IS PLEAD NTG BLOCK OF JERSEY

**LW07242241**

## NEW YORK CITY HOUSING AUTHORITY
## LEAD HAZARD CONTROL DEPARTMENT
### Dust Wipe Sample Chain Of Custody

Page_____ of _____

| | |
|---|---|
| Date: 7/29/24 | Inspector's Name: Thanh Tran    4A    389557 |
| Development: Riis | |
| Address: 132 Avenue D | Apartment/Facility Type: 4A |
| EDP #: 210 | SH #: 012    Clearance Category: 4 |
| Work Order # 128 LY1755    Notes: | |

### Clearance Categories:

1. Interior Treatment without Containment
2. Interior Treatment with Containment
3. Exterior Work On Painted Surfaces
4. Routine Maintenance

5. Soil Work
6. 504 Apartment
7. Re-evaluation Follow-up

Report/Bills must be submitted to:
NYCHA-Healthy Homes-LHCD
24-02 49th Avenue, 4th floor
Long Island City, NY 11101

| Sample ID (EDP-SH-APT-No.) | Room Equivalent | Surface Type | Sample Dimensions (In Inches) | Area ($f^2$) | Lab Result ($\mu g/f^2$) | Pass or Fail |
|---|---|---|---|---|---|---|
| 210-12-4A-1 | Corridor | FL WS WW ST SL Blank  Other: | 12 × 24 | | <3 | |
| 210-12-4A-2 | Bedroom 3 | FL WS WW ST SL Other: | 12 × 24 | | <3 | |
| 210-12-4A-3 | Bedroom 3 | FL WS WW ST SL Other: | 6 × 36 | | <3 | |
| 210-12-4A-4 | Bedroom 3 | FL WS WW ST SL Other: | 2 × 30 | | <12 | |
| 210-12-4A-5 | Foyer/Hallway 2 | FL WS WW ST SL Other: A.O.T | 12 × 24 | | <3 | |
| ~ ~ ~ | | FL WS WW ST SL Other: | X | | | |
| ~ ~ ~ | | FL WS WW ST SL Other: | X | | | |
| ~ ~ ~ | | FL WS WW ST SL Other: | X | | | |
| ~ ~ ~ | | FL WS WW ST SL Other: | X | | | |
| ~ ~ ~ | | FL WS WW ST SL Other: | X | | | |
| ~ ~ ~ | | FL WS WW ST SL Other: | X | | | |
| ~ ~ ~ | | FL WS WW ST SL Other: | X | | | |
| ~ ~ ~ | | FL WS WW ST SL Other: | X | | | |
| ~ ~ ~ | | FL WS WW ST SL Other: | X | | | |
| ~ ~ ~ | | FL WS WW ST SL Other: | X | | | |
| ~ ~ ~ | | FL WS WW ST SL Other: | X | | | |
| ~ ~ ~ | | FL WS WW ST SL Other: | X | | | |

**ABBREVIATIONS:** FL = FLOOR; WS = WINDOW SILL; WW = WINDOW WELL; ST = STAIR TREAD; SL = STAIR LANDING

| | |
|---|---|
| Sampled By: (Print Name) Thanh Tran | Comments: Final cleaning 7/29 4:00 pm |
| Sampled By: (Signature) | 7/29/24 Date: |
| Relinquished By: Thanh Tran | 7/29/24 Date:    Time: 5:30 – 5:45 am/pm |
| Received By: Ken Poplu | Date: 7/29/24    Time: 6:24 am/pm |
| Analyzed By: Hikam Emakuthi | Date: 7/29/24    Time: 6:25 am/pm |
| | Date: 7/29/24    Time: 3:30 am/pm |

Required Turnaround Time (TAT) is: 4 hrs.    Total number of samples on this page: 5

**EMAIL RESULTS:To**
**LHCD.DW@NYCHA.NYC.GOV**

Abatement Contractor: NYCHA

I PLEAD THE BLOOD OF JESUS!!!



# Crown Mold Specialists

*Standing to Extreme Esteemed Honorable Ms. Linda, upon entry 12/18/24 @ 12:16p*

**Report Prepared By:**
Crown Mold Specialists
Phone: (347)-203-7731
Email:
Info@crownmoldspecialists.com
Website:
Crownmoldspecialists.com
Address: 1830 East 14th
street, Brooklyn, NY 11229
**Inspector**
Moshe Zadok NYS License
#MA02689

**Report Prepared For:**

**Project:**
Mold Assessment Report
**Name:**
Sheletha Hill
**Property Address:**
132 Ave D 4A, New York, NY 10009

**Inspection Date:**
12/08/2024
**Time of Inspection:**
11:11 AM

1.) Ms. Linda provided her Supervisor Name; Shibly Khan
(stated both;
A) Jaclyn Sullivan, VP Healthy Homes
B) Elana Tenchikova;
A) Jaclyn. Sullivan @nycha.nyc.go Director NYCHA Mold
B) Elena. Tenchikova @ nycha. nyc-gov
are the TOP Head over her supervisor)

**Image of Property:**



2.) Videos done throughout entire Inspection:
(Ms. Linda ONLY Inspected
A.) Kitchen
B.) Bathroom
C.) MY Bedroom
D.) Closet by Bathroom
* Omitting 3 closets, 2 bedrooms, Livingroom Hallway and Foya)

3.) Ms. Linda received a hard copy:
A.) NYCHA - Public Hous Dept. RIIS
12/4/2024 Notice - Mold Inspection Review
(see Attached)

B.) Crown Mold Special 12/8/2024 Mold Assess ment Report

C.) Continued Texted documents @ 12:30pm (Read 12/18/24)

D.) Ms. Linda stated "I'll attach both Reports to her Report for Submission (All Reports already submitted to Courts NYCHA)

C.) Ms. Linda asked me

2508AE71-93F9-4750-8D01-624A7A129657



# Crown Mold Specialists

## Redmediation Outline: Industry Standard Practices

Industry Standard Practices
The goal of this remediation project is to eradicate and remove molds from the apartment while applying a proactive treatment process to prevent the possibility of mold re-growth. This can be accomplished with techniques that are proven and effective. All remediation work will be performed in accordance with the EPA Mold Remediation Guidelines

### Requirements for Remediation

- The remediation work is performed as soon as possible.
- The work is handled in a manner that is confidential and discreet.
- Areas under remediation are sealed to prevent dust spreading into areas not under remediation.
- Any underlying problems, such as moisture intrusion and ventilation, are identified, recorded and reported to prevent future problems.
- All cleaning products, sealing materials, and equipment are recognized for mold abatement by the EPA.
- Work areas are temporarily filtered with negative air (air scrubbers) during remediation work.
- When the job is finished, clearance testing is performed to confirm success of remediation.
- A set of clearance documents is provided to the client.
- All Covid-19 NY State Guidelines are followed.

### Materials

- Cleaning materials, brushes, cloths, sprayers, etc.
- Disinfectant (one or more of the following): Shockwave, Mildewstat, First Defense, Disinfectant, Benefect, Fungicide and Sanitizer
- 6-mil polyethylene sheeting to seal work area
- Negative Air Units (air scrubbers)
- Disposable toxic suits and masks with filters
- HEPA filters and air filters
- Any materials or fittings needed to properly remediate facility

I PLEAD THE BLOOD OF JESUS!!!



# Crown Mold Specialists

## Mold Assessment

**Scope of Work:**

## Objective:

The goal of this remediation project is to eradicate, remove and abate molds from the property while applying a proactive treatment process to prevent the possibility of mold re-growth. This can be accomplished with techniques that are proven and effective. All remediation work will be performed in accordance with the EPA Mold Remediation Guidelines.

**Outline For Remediation Includes:**



# Crown Mold Specialists

**Recommendation for Remediation**

- 6 Mill polyethylene should be placed to seal work area(s) to prevent dust and spore spreading to other areas
- Negative air pressure unit(s) with HEPA filters should be installed for 24 hours to extract the mold spores from the air in the home
- Dehumidifier(s) should be installed  for 24 hours through out the affected area(s) to dehydrate any excess moisture present
- In the kitchen, around the window, there is water-intrusion coming in through from the exterior.
- There is water-intrusion coming in through from the ceiling above the stove.
- In the bathroom and hallway, there is water intrusion coming in through from the exterior.
- In the bedroom, there is water-intrusion coming in through from the exterior.
- In all areas, the exterior walls need to be brick pointed and all leaks should be investigated and repaired.
- All water-damaged sheetrock should be removed as much as necessary.
- Upon removal, all areas should be investigated and remove as much as necessary.
- The entire apartment should be disinfected and sanitized using an anti-microbial to neutralize all mold spores.
- All necessary areas should be encapsulated with an anti-fungal coating, providing a secure barrier against future mold growth.
- Fumigation should be performed throughout the area to eliminate and prevent all odors associated with the existing forms of mold.
- Moldy materials and garbage should be removed and double-bagged in affected areas

**Additionally:**

**Total:**



## Crown Mold Specialists

**Assessment Observations, Findings**

| Location: | Image: | Notes: |
|---|---|---|
| Moisture reader -1 | | |
| Moisture reader -2 | | |

I PLEAD THE BLOOD OF JESUS!!!



# Crown Mold Specialists

| Location: | Image: | Notes: |
|---|---|---|
| Water-damaged Sheetrock - Kitchen | | |
| Moisture reader -3 | | |



# Crown Mold Specialists

| Location: | Image: | Notes: |
|---|---|---|
| Moisture reader -4 | | |
| Moisture reader -5 | | |



# Crown Mold Specialists

| Location: | Image: | Notes: |
|---|---|---|
| Moisture reader -6 | | |
| Indoor air sample -1 | | |

I PLEAD THE BLOOD OF JESUS!!



| Location: | Image: | Notes: |
|---|---|---|
| Control air sample |  | |

**Additional Images (If Relevant):**

**Additional Comments:**



SEEML Reference Number:
G-241210022

## Southeast Environmental Microbiology Laboratories
102 Edinburgh Court
Greenville, SC 29607
Phone: (864) 233-3770

The information and data for **Crown Mold Specialist** has been checked for thoroughness and accuracy. The following reports are contained within this document:

☐ Surface/Bulk Report                    ☐ Andersen Fungal Report

☑ Spore Trap Report                      ☐ Quantitative Fungal Report

Lab Manager Review :    *Charlene Kingston*    Date : 12-10-2024

Thank you for using SEEML laboratories. We strive to provide superior quality and service. SEEML laboratories are accredited through AIHA LAP, LLC (EMLAP # 173667) for the analysis of Spore Traps and Surface/Bulk Samples.

The data within this report is reliable to three significant figures. The third significant figure is technically unjustified. In this instance, the third figure is reported as an estimate to facilitate the interpretation by the customer.

Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the document(s) is strictly prohibited. If you have received this document in error, please immediately notify us by telephone to arrange for its return. Thank you.

Guidelines for Interpretation:
No accepted quantitative regulatory standards currently exist by which to assess the health risks related to mold and bacterial exposure. Molds and bacteria have been associated with a variety of health effects and sensitivity varies from person to person.
Several organizations, including: the American Conference of Government Industrial Hygienists (ACGIH); the American Industrial Hygiene Association (AIHA); the Indoor Air Quality Association (IAQA); the United States Environmental Protection Agency (USEPA); the Centers for Disease Control (CDC), as well as the California Department of Health Services (CADHS), have all published guidelines for assessment and interpretation of mold resulting from water intrusion in buildings.

Interpretation of the data and information within this document is left to the company, consultant, and/or persons who conducted the fieldwork.

# Spore Trap Report

| Crown Mold Specialist | Date Sampled: 12/08/2024 |
|---|---|
| 1830 East 14th Street | Date Received: 12/10/2024 |
| Brooklyn,NY,11229 | Date Analyzed: 12/10/2024 |
| (718)578-1651 | Date Reported: 12/10/2024 |
| | Date Revised: |
| | Project Name: Sholetha Hill |
| | Project Address: 132 Ave D, #4A |
| | Project City, State, ZIP: NY, NY 10009 |
| | SEEML Reference # : G-241210022 |

**TEST METHOD: DIRECT MICROSCOPY EXAMINATION SEEML SOP 7**

| Client Sample ID | 6275007 | | | 6274995 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Location | Hallway Between Bedroom/Bathroom | | | Outside | | | | | |
| Lab Sample ID | G-241210022-081 | | | G-241210022-082 | | | | | |
| Detection Limit (spores/m³) | 13 | | | 13 | | | | | |
| Hyphal Fragments | | | | 14 | 187 | | | | |
| Pollen | | | | 3 | 40 | | | | |
| Spore Trap Used | Allergenco | | | Allergenco | | | | | |
| | raw ct. | spores/m³ | % | raw ct. | spores/m³ | % | | | |
| Alternaria (=Ulocladium) | | | | | | | | | |
| Ascospores | | | | 3 | 40 | 8 | | | |
| Basidiospores | 3 | 40 | 27 | | | | | | |
| Bipolaris/Drechslera | | | | | | | | | |
| Cercospora | | | | | | | | | |
| Chaetomium | | | | | | | | | |
| Cladosporium | 4 | 53 | 36 | 9 | 120 | 23 | | | |
| Colorless/Other Brown* | | | | | | | | | |
| Curvularia | | | | | | | | | |
| Epicoccum | | | | | | | | | |
| Fusarium | | | | | | | | | |
| Memnoniella | | | | | | | | | |
| Nigrospora | | | | | | | | | |
| Oidium | | | | | | | | | |
| Penicillium/Aspergillus | 2 | 27 | 18 | 1 | 13 | 3 | | | |
| Pithomyces | | | | | | | | | |
| Polythrincium | | | | | | | | | |
| Pyricularia | | | | | | | | | |
| Rusts | 1 | 13 | 9 | | | | | | |
| Smuts/Periconia/Myxomy | 1 | 13 | 9 | 26 | 347 | 67 | | | |
| Spegazzinia | | | | | | | | | |
| Stachybotrys | | | | | | | | | |
| Tetraploa | | | | | | | | | |
| Torula | | | | | | | | | |
| Zygomycetes | | | | | | | | | |
| Background debris (1-5)** | 3 | | | 3 | | | | | |
| Sample Volume(liters) | 75 | | | 75 | | | | | |
| TOTAL SPORES/M³ | 11 | 146 | | 39 | 520 | | | | |

**Comments:**

Spore types listed without a count or data entry were not detected during the course of the analysis for the respective sample, indicating a raw count of <1 spore.

The analytical sensitivity is the spores/m³ divided by the raw count, expressed in spores/m³. The limit of detection is the analytical sensitivity

(in spores/m³) multiplied by the sample volume (in liters) divided by 1000 liters.

*Colorless,other Brown are spores without a distinctive morphology on spore traps and non-viable surface samples.

**Background debris is the amount of particulate matter present on the slide and is graded from 1-5 with 1 = very light, 2= Light, 3 = Medium, 4 = Heavy, 5 = Very Heavy. The higher the rating the more likelihood spores may be underestimated. A rating of 5 should be interpreted as minimal counts and may actually be higher than reported.

***Ulocladium has been recognized by the International Mycological Association to be equal to Alternaria and so they are reported as one.

**Disclaimer:** The sample results are determined by the sample volume, which is provided by the customer.

This report relates only to the samples tested as they were received.

102 Edinburgh Court
Greenville, SC. 29607
Phone: (864) 233-3770

Respectfully submitted, SEEML

*Charlene Kingston*

Charlene Kingston, Approved Laboratory Signatory

AIHA LAP, LLC EMLAP #173667       Texas Lic: LAB1016

Form 18.0 Rev 10 06/23/21

Page 2 of 12

I PLEAD THE BLOOD OF JESUS!!



# MOLD INSPECTION REVIEW NOTICE

# NEW YORK CITY HOUSING AUTHORITY
## Public Housing Department

### RIIS

### Notice – Mold Inspection Review

Date:      December 4, 2024

Name:      HILL, SHELETHA

Address:      132 AVENUE D   04A

Address2:      NEW YORK, NY 10009

DOH Order Number:

Dear Resident,

On 2024-12-04 17:52:05.0 NYCHA conducted the initial inspection for Work Order # 131423313

NYCHA has found mold, water damage, and/or a moisture level indicating excessive moisture and/or a possible leak.

The probable root cause is:  Tub Surround DML

Tub Surround DML: the mold, water damage, or wet condition is found in a bathroom or adjacent room due to water penetrating through missing or damaged areas of the tub surround that require repair or replacement.

NYCHA automatically generated follow-up work orders to address the root cause and to remediate the mold or moisture condition:

| Workorder | Failurecode | Problem Code | Craft | Estimated Scheduled Date |
|---|---|---|---|---|
| 131981755 | Mold Condition | NEEDSCLEANING | CARETKRX | |
| 131981735 | BATHTUBSHOWER | TUBENCLOSUREDL | MAINT | |

If there is no approximate scheduled date listed above, NYCHA will contact you to schedule appointment(s) needed to complete the repairs or to discuss next steps if more extensive or complex repairs are needed to remediate mold or moisture in your apartment.

NYCHA is committed to completing all mold and excessive moisture work orders within 7 calendar days for simple repairs and 15 calendar days for complex repairs, starting from the date that the initial complaint is reported to the NYCHA Customer Contact Center (CCC). If you do not provide access to the apartment for the scheduled follow-up appointment(s), NYCHA may use its right to access your apartment immediately after providing 48 hours' notice, as described in your NYCHA Resident Lease Agreement.

0304015000000000001224000000000000

**Cover Sheet for Mold Inspection forms**

NYCHA 070.601A (12/26/18)

020401400000000000001224000000000000

I PLEAD THE BLOOD OF JESUS!!!

NYC Housing Authority
NICE
PO Box 1530
New York NY 10008-1342

1st CLASS MAIL
AUTO
U.S. POSTAGE PAID
NEW YORK, NY
PERMIT NO. 4119

1 0

Sheletha Hill
132 Avenue D Apt 04A
New York NY  10009-5543

NEW YORK CITY
HOUSING AUTHORITY
NICE
P.O. BOX 1530
NEW YORK, NY 10008-1530

I PLEAD THE BLOOD OF JESUS!!!



010401300000000000001224000000000000

I PLEAD THE BLIND OF OBLIGN



**Sorry, we missed you.**
Lo siento, no los encontramos en su residencia.
Вас не было дома.
我們曾經到訪，但您不在家。



OUR VISION FOR
NEXT GENERATION NYCHA
Safe, Clean, And Connected Communities

**/2/3/24**
DATE / FECHA / ДАТА / 日期

Work Order # **/3/4233/3**
Orden de trabajo# / / № заказа на ремонт / 維修工作單編號:

Description of work
Descripcion del trabajo / Описание необходимых работ /
報修項目說明:
**Mold Inspection**

NOTICE GIVEN BY
NOTIFICACION DADA POR /
УВЕДОМЛЕНИЕ ПОДПИСАЛ / 特此通知:
**Jacob Riis Houses**

(NYCHA Employee Name Printed / NYCHA Nombre de empleado en imprenta /
(Имя и фамилия сотрудника NYCHA печатными буквами) / 房屋局職員姓名[正楷書寫])

**132 Avenue D Apt 4E**
We will return on **Thursday**
Regresamos el / Мы придем еше раз /
我們將會再次上門，日期: **12/5/24**
**at 8:00 Am To 12:00 Pm**

Based on the terms of your lease, we are providing you with advanced notice that NYCHA will be exercising our right to enter your apartment on the date listed above to perform repairs. That means we may need to gain access if you or another adult is not home.

If we do not hear from you, we will attempt to gain access to your apartment on the date listed.

| Spanish | Russian | Chinese |
|---|---|---|
| Basado en los terminos de su contrato, nosotros le estamos notificando por adelantado, que NYCHA ejercera sus derechos de entrar a su apartamento en la fecha indicada arriba para hacer reparaciones. Esto significa que nosotros necesitamos acceso si usted u otro adulto no esta en casa.<br><br>Si nosotros no escuchamos de usted, nosotros trataremos de entrar a su apartamento en la fecha indicada. | В соответствии с условиями вашего Договора об аренде жилья, мы предоставляем вам предварительное уведомление о том, что NYCHA осуществит свое право на посещение вашей квартиры в указанную выше дату для выполнения ремонтных работ. Это означает, что нам может понадобиться доступ в вашу квартиру даже при вашем (или другого взрослого члена семьи) отсутствии в ней.<br><br>Если от вас не поступит никаких известий, NYCHA будет пытаться получить доступ в вашу квартиру в указанную выше дату. | 根據您所簽署的租約規定，如果我們已預先提供了通知，紐約市房屋局有權於上述日期進入您的住房單位進行所需的維修工作。也就是說，如果您或其他成年人未留守家中，我們或強行進入您的住房單位。<br><br>如您沒有回覆，我們將於上述日期嘗試進入您的住房單位。 |

NYCHA  042.727 (Rev. 7/18/17) V3          48 NOTICE FOR HEALTH & SAFETY REPAIRS

*[handwritten across top: TO PLEAD THE BLOOD OF JESUS!!!]*

1

# microecologies® inc.

*Certified Industrial Hygienists and Environmental Health Investigators*

**Date:** September 18, 2024

**To:** Elena Tenchikova
New York City Housing Authority

**Phone:** 718-707-5981
**Email:** Elena.Tenchikova@nycha.nyc.gov

### Re: RHS Houses, 132 Avenue D #4A, NYC

On September 17, 2024, we conducted a limited walk-through environmental inspection of Apt #4A located at the above referenced address to evaluate possible mold, water damage, and excessive moisture conditions. Following is a summary of our significant findings and recommendations:

### Background

We were informed by NYCHA's Healthy Homes Unit of the following prior to our inspection:

There is a history of leak complaints in the bathroom and kitchen of the apartment. In January 2024, an OCC (Ombudsperson Call Center) case was opened to resolve leak issues in the bathroom and kitchen. While repairs to building components were required in both rooms, development staff did not identify active leaks. In June 2024, the Apt #4A resident reported that the leak in the bathroom had recurred, resulting in water damage conditions. A leak from above was subsequently repaired in the A-line in July 2024. At that time, the Apt #4A resident had been temporarily relocated for lead abatement work to be completed and for the flooring throughout the apartment to be replaced. It is our understanding that the flooring had previously been replaced following abatement of asbestos-containing floor tiles; however, the Apt #4D resident had experienced a reaction to the newly installed flooring's adhesive, necessitating this additional flooring replacement work. Following the Apt #4A residents' re-occupancy, they have reported recurrence of water damage conditions, mold growth conditions in the closets adjacent to the kitchen and bathroom, and several cosmetic issues with re-finishing work in the apartment. In August 2024, a toilet stoppage/leak was repaired in Apt #5A; however, no other leak issues were identified in the bathroom or kitchen of Apt #5A.

Apt #4A is located on the 4th floor of a 6-story building constructed in 1949. The walls in the apartment are constructed of painted plaster, the ceilings are constructed of painted concrete, and the floors are constructed of vinyl tiles over concrete. The bathroom and kitchen have natural (window) ventilation. Heating in the apartment is provided by radiator units and heating riser pipes, and cooling is provided by window-type air-conditioning units installed in bedroom 1 and the living room. The apartment is currently unoccupied.

### Observations and Measurements

For the purposes of this report, walls in each room are numbered 1-4 with Wall 1 being the wall to your back when entering a room and subsequent walls being counted clockwise. A floor plan of Apt #4A can be found on page 8.

microecologies® inc: 211 East 43rd Street, Suite 711  ◆  new york, ny 10017  ◆  tel: (212) 355-3265  ◆  fax: (917) 463-4245
website: www.microecologies.com  ◆  e-mail: microecologies@gmail.com
Certified Industrial Hygienists and Environmental Investigators

2

<u>Kitchen</u>

- We observed minor water damage on Wall 2 of the kitchen beneath the sink (see photo #1). The resident had left a sticky note in this area indicating this was recurrent water damage from July 2024. Moisture measurements (taken using a Protimeter digital scanning/pin-probe moisture meter) indicated that Wall 2 beneath the sink was dry. We did not observe other signs of leaks, mold growth, or water damage within the lower kitchen cabinetry.
- We did not observe visible mold growth/water damage conditions or measure wet readings on other wall, floor, or ceiling surfaces in the kitchen.



Photo #1

<u>Bathroom</u>

- We observed minor mold growth on a section of the toilet tank that appears to have been painted during previous re-painting work the bathroom (beige colored paint - see photo #2)
- We observed that there is little to no clearance between the toilet tank and the underlying wall (Wall 4), which displayed water damage/efflorescence in the very small area that was visually accessible (see photo #3).
- We measured wet conditions on the uppermost 3-4 inches of Wall 3 above the window and the adjacent section of the ceiling (see photo #4). It should be noted that this section of Wall 3 is a column constructed of painted concrete. We evaluated the exterior façade opposing Wall 3 of the bathroom through a window in bedroom 1. We observed that the exterior brickwork in this area had been previously replaced; however there appeared to be gaps/cracks in the brick mortar (see photo #5). We also evaluated the bathroom of Apt #5A, and we did not measure/observe conditions that would suggest the wet reading we measured in Apt #4A is associated with a leak from above.
- We did not observe visible mold growth/water damage conditions or measure wet readings on other wall, floor, or ceiling surfaces in the bathroom.

microecologies® inc: 211 East 43rd Street, Suite 711  •  new york, ny 10017  •  tel: (212) 755-3355  •  fax: (917) 463-4245
website: www.microecologies.com  •  e-mail: microecologies@gmail.com

Certified Industrial Hygienists and Environmental Investigators

I PLEAD THE BLOOD OF JESUS!!!

3



Photo #2                    Photo #3

Photo #4                    Photo #5

## Foyer/Hallway

- In hallway closet #2 (located at the far end of the hallway on Wall 4), we observed that the resident had left sticky notes indicating mold growth on the adjacent section of the wall next to the left door frame (see photo #6 and photo #7). We observed minor dust/discoloration in these areas (at heights of 6 inches and 2 ½ feet). We would not consider this discoloration to be characteristic of mold growth; however, we did note corrosion on an adjacent shelving rail head, suggesting a history of leaks or excessive moisture in this area. Therefore, our recommendations (see below) provide for removal of the lower shelving and appropriate cleaning of these areas. We also observed minor discoloration on the lower section of the plaster wall adjacent to the right door frame (see photo #8) that we would consider to be consistent with a history of cockroach activity (note: we did not observe current cockroach activity in the apartment). We did not observe other water damage or mold growth conditions in this closet and surfaces measured dry.

microecologies® inc: 211 East 43rd Street, Suite 711  ♦  new york, ny 10017  ♦  tel: (212) 755-3368  ♦  fax: (917) 463-4245
website: www.microecologies.com  ♦  e-mail: microecologies@gmail.com
Certified Industrial Hygienists and Environmental Investigators